IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY LOPEZ, | ) |
| Plaintiff, | ) No. 25 CV 457 |
| v. | ) Hon. John J. Tharp, Jr. |
| ILLINOIS DEPARTMENT OF HEALTCHARE AND FAMILY SERVICES, *et al.*, | ) |
| Defendants. | ) |

**DEFENDANT RAOUL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Kwame Raoul, Illinois Attorney General, pursuant to Rule 12(b)(1) and (6), hereby moves this Court to dismiss the claims in Plaintiff's Complaint. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully Submitted,

KWAME RAOUL
Illinois Attorney General

By: */s/ Marci L. Sahinoglu*
MARCI L. SAHINOGLU
ASSISTANT ATTORNEY GENERAL
Office of the Illinois Attorney General
General Law Bureau
115 S. LaSalle Street, 27th Floor
Chicago, IL 60603
(312) 636-5595
marci.sahinoglu@ilag.gov