IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| KIMBERLY LOPEZ, )<br><br>    *Plaintiff(s)*, )<br><br>v. )<br><br>ILLINOIS DEPARTMENT OF HEALTHCARE )<br><br>AND FAMILY SERVICES, et al., )<br><br>    *Defendant(s)*. ) | Case No. 1:25-cv-00457<br><br>Judge John J. Tharp, Jr. |

**EXHIBITS FOR SERVICE MADE TO DEFENDANTS SERVED BY U.S. MARSHALS**

Exhibit 1 - The following parties were served via Certified Mail by the United States Marshals Service pursuant to the Court's January 2025 IFP Order (Dkt. 5):

1. Illinois Department of Healthcare and Family Services (IDHFS)
2. Illinois Department of Children and Family Services (IDCFS)
3. Camille Lindsay, IDFPR Acting Director
4. Mario Treto, Jr., IDFPR Acting Secretary
5. Heidi Mueller, IDCFS Director
6. Kwame Raoul, Attorney General of Illinois

Exhibit 2 - Proof of Service Envelopes

Respectfully submitted,

/s/ Kimberly Lopez

Kimberly Lopez

16036 84th Place

Tinley Park, Illinois 60487

708-983-3934

kslopez777@gmail.com