

Case: 1:25-cv-00457 Document #: 19-1 Filed: 03/21/25 Page 1 of 17 PageID #:199

U.S.
United
Northern District of Illinois
219 South Dearborn St., Rm 2444
Chicago, IL 60604
Official Business
Penalty for Private Use $300

RECEIVED
Feb 14 2025
ATTORNEY GENERAL
General Law

7022 0410 0000 4318 9706

Illunois Attorney General
500 South Second Street
Springfield, IL 62701

SPRINGFIELD
JAN 03 2025
RECEIVED
ATTORNEY GENERAL



**U.S. Department of Justice**
United States Marshals Service
219 S. Dearborn St. Suite 1168
Chicago, IL 60604

01/28/2025

Ref: 25cv457

Greetings,

Be advised that Attorney General Kwame Raoul, (1) State of Illinois agencies and (3) State employees have been named as defendants in a civil suit filed in the Northern District of Illinois.  Enclosed is a complaint and summons for each entity. Thank you for your attention to the matter.

Regards,

USMS





AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kimberly Lopez

|                                                    |                        |                    |
| -------------------------------------------------- | ---------------------- | ------------------ |
|                                                    | CASE NUMBER:           | 1:25-cv-00457      |
| V.                                                 | ASSIGNED JUDGE:        | John J. Tharp, Jr  |
| Illinois Department of Healthcare and Family       | DESIGNATED             |                    |
| Services et al                                     | MAGISTRATE JUDGE:      | Young B. Kim       |

TO: (Name and address of Defendant)

Kwame Raoul

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kimberly Lopez
16036 84th Place
Tinley Park, IL 60487
708-983-3934
Email: kslopez777@gmail.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Judith Berglund_                          January 22, 2025

(By) DEPUTY CLERK                          DATE

AO 440 (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                      Signature of Server

                                 _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kimberly Lopez

CASE NUMBER:    1:25-cv-00457

V.       ASSIGNED JUDGE:    John J. Tharp, Jr

Illinois Department of Healthcare and Family      DESIGNATED
Services et al           MAGISTRATE JUDGE:   Young B. Kim

TO: (Name and address of Defendant)

Camille Lindsay

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kimberly Lopez
16036 84th Place
Tinley Park, IL 60487
708-983-3934
Email: kslopez777@gmail.com

an answer to the complaint which is herewith served upon you,       21       days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



THOMAS G. BRUTON, CLERK

                                January 22, 2025

(By) DEPUTY CLERK                          DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____

Date _____ Signature of Server

Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kimberly Lopez

|  |  |
|---|---|
| CASE NUMBER: | 1:25-cv-00457 |
| ASSIGNED JUDGE: | John J. Tharp, Jr |
| DESIGNATED MAGISTRATE JUDGE: | Young B. Kim |

V.

Illinois Department of Healthcare and Family
Services et al

TO: (Name and address of Defendant)
Heidi E. Mueller

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kimberly Lopez
16636 84th Place
Tinley Park, IL 60487
708-983-3934
Email: kslopez777@gmail.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK



_Sarah Beurland_

(By) DEPUTY CLERK

January 22, 2025

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $ |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                        Signature of Server

_____
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kimberly Lopez

V.

Illinois Department of Healthcare and Family
Services et al

| | |
|---|---|
| CASE NUMBER: | 1:25-cv-00457 |
| ASSIGNED JUDGE: | John J. Tharp, Jr |
| DESIGNATED MAGISTRATE JUDGE: | Young B. Kim |

TO: (Name and address of Defendant)

Mario Treto

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kimberly Lopez
16056 84th Place
Tinley Park, IL 60487
708-983-3934
Email: kslopez777@gmail.com

an answer to the complaint which is herewith served upon you, ___21___ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.



THOMAS G. BRUTON, CLERK

_Sarah Bouchard_                                    January 22, 2025

(By) DEPUTY CLERK                                   DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date                    *Signature of Server*

_____
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kimberly Lopez

V.

Illinois Department of Healthcare and Family
Services et al

| | |
|---|---|
| CASE NUMBER: | 1:25-cv-00457 |
| ASSIGNED JUDGE: | John J. Tharp, Jr |
| DESIGNATED MAGISTRATE JUDGE: | Young B. Kim |

TO: (Name and address of Defendant)
Illinois Department of Children and Family Services

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kimberly Lopez
16936 84th Place
Tinley Park, IL 60487
708-983-3934
Email: kslopez777@gmail.com

an answer to the complaint which is herewith served upon you,                 21         days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

THOMAS G. BRUTON, CLERK



_Saiiah Beuchard_

(By) DEPUTY CLERK

January 22, 2025

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                          Date                    Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kimberly Lopez

| | |
|---|---|
| | CASE NUMBER:    1:25-cv-00457 |
| V. | ASSIGNED JUDGE:    John J. Tharp, Jr |
| Illinois Department of Healthcare and Family Services et al | DESIGNATED MAGISTRATE JUDGE:    Young B. Kim |

TO: (Name and address of Defendant)

Illinois Department of Financial and Professional Regulation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kimberly Lopez
16036 86th Place
Tinley Park, IL 60487
708-983-3934
Email: kslopez777@gmail.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



_Sarah Bouchard_                   January 22, 2025

(By) DEPUTY CLERK                         DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                                    Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case: 1:25-cv-00457 Document #: 18-1 Filed: 03/21/25 Page 16 of 17 PageID #:214

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kimberly Lopez

CASE NUMBER: 1:25-cv-00457

V.

ASSIGNED JUDGE: John J. Tharp, Jr

Illinois Department of Healthcare and Family
Services et al

DESIGNATED
MAGISTRATE JUDGE: Young B. Kim

TO: (Name and address of Defendant)

Illinois Department of Healthcare and Family Services

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kimberly Lopez
16036 84th Place
Tinley Park, IL 60487
708-983-3934
Email: kslopez777@gmail.com

an answer to the complaint which is herewith served upon you,              21              days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.



THOMAS G. BRUTON, CLERK

January 22, 2025

(By) DEPUTY CLERK                                                                DATE

Case: 1:25-cv-00457 Document #: 18-1 Filed: 03/21/25 Page 17 of 17 PageID #:215

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                   Date                        Signature of Server

_____
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.