# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kimberly Sue Lopez

                                                          Plaintiff,

v.
                                                                                     Case No.: 1:25−cv−00457

                                                                                     Honorable John J. Tharp Jr.

Illinois Department of Healthcare and Family Services, et al.

                                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2025:

    MINUTE entry before the Honorable John J. Tharp, Jr: The Court has reviewed the summonses returned by the plaintiff [33] [34] [35], which comply with the Court's 4/21/25 order [31] for three out of the seven defendants. The plaintiff or the Marshals Service must file return−of−service forms for the remaining four defendants by 5/9/25. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.