UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY LOPEZ, | ) | Case No. 25-cv-457 |
| *Plaintiff(s),* | ) | Hon. Tharp, Jr. |
| v. | ) | |
| IDFPR, et al., | ) | |
| *Defendant(s).* | ) | |
| | ) | |

PLAINTIFF'S NOTICE OF REFILING WAIVERS OF SERVICE

NOW COMES Plaintiff Kimberly Lopez, *pro se*, and respectfully submits this Notice of Refiling Waivers of Service for Defendants in compliance with the Court's April 29, 2025 Minute Order (Dkt. 46). In support thereof, Plaintiff states:

1. On April 28, 2025, Plaintiff filed Waivers of Service for Defendants Camille Lindsay, Mario Treto, Jr., and the Illinois Department of Financial and Professional Regulation (IDFPR) (Dkt. 45).

2. Upon review, the Court noted that the document uploaded at Dkt. 45 appeared to include only the waiver of service for Defendant Camille Lindsay.

3. Plaintiff now respectfully refiles separate waivers of service for each of the following Defendants:

    a) Camille Lindsay;

    b) Mario Treto, Jr.; and

    c) Illinois Department of Financial and Professional Regulation (IDFPR).

4. Copies of the executed waivers are attached hereto.

WHEREFORE, Plaintiff respectfully submits these refiled waivers of service in compliance with the Court's Minute Order (Dkt. 46).

Dated: April 29, 2025

Respectfully submitted,

/s/ Kimberly Lopez

Kimberly Lopez, *Pro Se* Plaintiff

16036 84th Place

Tinley Park, IL 60487

kslopez777@gmail.com

(708) 983-3934
