UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY LOPEZ, | ) | Case No. 25-cv-457 |
| *Plaintiff(s)*, | ) | Hon. John J. Tharp, Jr. |
| v. | ) | |
| IDFPR, et al., | ) | |
| *Defendant(s)*. | ) | |

# DECLARATION OF KIMBERLY LOPEZ IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

I, Kimberly Lopez, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am the Plaintiff in the above-captioned matter. I am proceeding *pro se* and in *forma pauperis* under 28 U.S.C. § 1915.

2. I respectfully submit this declaration in support of my Emergency Motion for a Temporary Restraining Order ("TRO") under Fed. R. Civ. P. 65(b).

3. I am currently experiencing immediate and irreparable harm, including:

    o The seizure of my 2024 federal tax refund in the amount of $3,498.00;

- An unauthorized levy on my personal account totaling $3,932.70;
- The suspension of my professional licenses in both Illinois and Florida, preventing me from practicing as a Full Practice APRN and APRN-CSL;
- The inability to work or earn income due to the suspension of my licenses;
- Loss of access to health insurance and vital medical care;
- Reliance on Medicaid and SNAP benefits, which are threatened by Defendants' enforcement actions;
- Ongoing financial, emotional, and physical hardship due to the above.

4. Attached to my Motion for TRO are true and correct copies of the following documents, submitted as Exhibits 1 through 6:

- **Exhibit 1:** 2024 U.S. Tax Return (Redacted)
- **Exhibit 2:** IRS Identity Protection PIN Notice (CP01A)
- **Exhibit 3:** Proof of Medicaid Enrollment (HealthChoice Illinois Plan)
- **Exhibit 4:** SNAP Eligibility Notice
- **Exhibit 5:** Florida Professional License Suspension Notice
- **Exhibit 6:** Communications showing account levies and lack of formal notice
- **Exhibit 7**: Email Correspondence with Assistant Attorney General Anna Leonard (May 16–19, 2025)
- **Exhibit 8**: U.S. Department of the Treasury Levy Notice

5. On May 16 and 19, 2025, I engaged in good faith communications with Assistant Attorney General Anna Leonard, counsel for IDHFS. I offered to file a waiver of service as a professional courtesy in exchange for stipulating to the TRO recitals. Defendants declined. A copy of that communication has been retained and is referenced in my filings.

6. The sealed certified birth certificate of my dependent minor child has already been submitted and accepted by the Court under seal pursuant to an in camera order. I rely on that filing as evidence of parental rights and dependency and respectfully reference the sealed certified birth certificate previously filed in this matter at Dkt. No. 38, which the Court previously accepted and reviewed in camera.

7. **Pursuant to Fed. R. Civ. P. 65(b)(1)(B),** I hereby certify that I have made good faith efforts to provide notice to Defendants through direct email correspondence with opposing counsel and have attached those communications as part of my record. Because Defendants have received actual notice of my Motion and refused to stipulate, further delay would result in additional irreparable harm.

I respectfully request the Court to grant my Emergency TRO to prevent further deprivation of my constitutional and economic rights. Additionally, because I treat patients who rely on Medicaid and Medicare, my inability to practice has directly disrupted continuity of care for vulnerable individuals who depend on federally funded services. Granting this relief will not only protect my ability to work, but also serve the broader public interest by restoring access to essential healthcare for those most in need.

Executed this 20th day of May, 2025, in Tinley Park, Illinois.

Respectfully submitted,

/s/ Kimberly Lopez

Kimberly Lopez, *Pro Se*

16036 84th Place

Tinley Park, IL 60487

kslopez777@gmail.com

(708) 983-3934