UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY LOPEZ, | ) | Case No. 25-cv-457 |
| *Plaintiff(s),* | ) | Hon. John J. Tharp, Jr. |
| v. | ) | |
| IDFPR, et al., | ) | |
| *Defendant(s).* | ) | |

# EXHIBIT 1

**2024 U.S. Tax Return (Redacted)**

Submitted in Support of Plaintiff's Emergency Motion for Temporary Restraining Order

# Form 1040 — U.S. Individual Income Tax Return (2024)

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0074
IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____, 20 ___. See separate instructions.

| Field | Value |
|---|---|
| Your first name and middle initial | Kimberly |
| Last name | Lopez |
| Your social security number | [redacted] |
| If joint return, spouse's first name and middle initial | |
| Last name | |
| Spouse's social security number | |
| Home address (number and street) | 16036 84th Pl |
| Apt. no. | |
| City, town, or post office | Tinley Park |
| State | IL |
| ZIP code | 604877500 |
| Foreign country name | |
| Foreign province/state/county | |
| Foreign postal code | |

**Presidential Election Campaign:** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

**Filing Status** (Check only one box.)
- ☐ Single
- ☐ Married filing jointly (even if only one had income)
- ☐ Married filing separately (MFS)
- ☒ Head of household (HOH)
- ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

**Digital Assets:** At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  ☐ Yes  ☒ No

**Standard Deduction** Someone can claim: ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1960  ☐ Are blind   Spouse: ☐ Was born before January 2, 1960  ☐ Is blind

**Dependents** (see instructions):

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| Bella | [redacted] | [redacted] | Daughter | ☒ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

If more than four dependents, see instructions and check here ☐

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a Form W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 7,545. |
| 1b | Household employee wages not reported on Form(s) W-2 | |
| 1c | Tip income not reported on line 1a (see instructions) | |
| 1d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | |
| 1e | Taxable dependent care benefits from Form 2441, line 26 | |
| 1f | Employer-provided adoption benefits from Form 8839, line 29 | |
| 1g | Wages from Form 8919, line 6 | |
| 1h | Other earned income (see instructions) | 0. |
| 1i | Nontaxable combat pay election (see instructions) | |
| 1z | Add lines 1a through 1h | 7,545. |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 6c | If you elect to use the lump-sum election method, check here ☐ | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | |
| 8 | Additional income from Schedule 1, line 10 | 0. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 7,545. |
| 10 | Adjustments to income from Schedule 1, line 26 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 7,545. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 21,900. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 0. |
| 14 | Add lines 12 and 13 | 21,900. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 0. |

**Standard Deduction for—**
- Single or Married filing separately, $14,600
- Married filing jointly or Qualifying surviving spouse, $29,200
- Head of household, $21,900
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2024)

Form 1040 (2024) Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 0. |
| | 17 | Amount from Schedule 2, line 3 | 17 | |
| | 18 | Add lines 16 and 17 | 18 | 0. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 0. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 0. |
| **Payments** | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 .................................................. 25a  182. | | |
| | b | Form(s) 1099 .................................................. 25b | | |
| | c | Other forms (see instructions) ............................. 25c | | |
| | d | Add lines 25a through 25c | 25d | 182. |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return | 26 | |
| | 27 | Earned income credit (EIC) .................................. 27  2,559. | | |
| | 28 | Additional child tax credit from Schedule 8812 ............ 28  757. | | |
| | 29 | American opportunity credit from Form 8863, line 8 ..... 29 | | |
| | 30 | Reserved for future use ...................................... 30 | | |
| | 31 | Amount from Schedule 3, line 15 ........................... 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | 32 | 3,316. |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | 33 | 3,498. |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 3,498. |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | 3,498. |
| Direct deposit? See instructions. | b | Routing number ███████████  c Type: ☒ Checking  ☐ Savings | | |
| | d | Account number ███████████ | | |
| | 36 | Amount of line 34 you want applied to your 2025 estimated tax ... 36 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to www.irs.gov/Payments or see instructions | 37 | |
| | 38 | Estimated tax penalty (see instructions) .................. 38 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions | ☐ Yes. Complete below. | ☒ No |
|---|---|---|---|
| | Designee's name | Phone no. | Personal identification number (PIN) |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | Advanced Practice Registered Nurse | ███████ |

Joint return? See instructions. Keep a copy for your records.

| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | | |

Phone no. (708)983-3934   Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|
| Firm's name | Self-Prepared | | Phone no. | |
| Firm's address | | | Firm's EIN | |

Go to www.irs.gov/Form1040 for instructions and the latest information.    BAA   REV 01/10/25 TTO    Form **1040** (2024)

| SCHEDULE EIC (Form 1040) | Earned Income Credit | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Qualifying Child Information<br>Complete and attach to Form 1040 or 1040-SR only if you have a qualifying child.<br>Go to www.irs.gov/ScheduleEIC for the latest information. | 2024<br>Attachment Sequence No. 43 |

| Name(s) shown on return | Your social security number |
|---|---|
| Kimberly Lopez | ▮▮▮▮▮ |

If you are separated from your spouse, filing a separate return, and meet the requirements to claim the EIC (see instructions), check here ☐

**Before you begin:**
- See the instructions for Form 1040, line 27, to make sure that (a) you can take the EIC, and (b) you have a qualifying child. See also Pub. 596.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 800-772-1213.
- If you have a child who meets the conditions to be your qualifying child for purposes of claiming the EIC, but that child doesn't have an SSN as defined in the instructions for Form 1040, line 27, see the instructions.



- You can't claim the EIC for a child who didn't live with you for more than half of the year.
- If your child doesn't have an SSN as defined in the instructions for Form 1040, line 27, see the instructions.
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.

## Qualifying Child Information

| | | Child 1 | Child 2 | Child 3 |
|---|---|---|---|---|
| 1 | **Child's name**<br>If you have more than three qualifying children, you have to list only three to get the maximum credit. | First name: Bella<br>Last name: ▮▮▮▮▮ | | |
| 2 | **Child's SSN**<br>The child must have an SSN as defined in the instructions for Form 1040, line 27, unless the child was born and died in 2024 or you are claiming the self-only EIC (see instructions). If your child was born and died in 2024 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records showing a live birth. | ▮▮▮▮▮ | | |
| 3 | **Child's year of birth**<br> | Year ▮ ▮ ▮ ▮<br>If born after 2005 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5. | Year ___ ___ ___ ___<br>If born after 2005 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5. | Year ___ ___ ___ ___<br>If born after 2005 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5. |
| 4a | Was the child under age 24 at the end of 2024, a student, and younger than you (or your spouse, if filing jointly)? | ☐ Yes. Go to line 5. ☐ No. Go to line 4b. | ☐ Yes. Go to line 5. ☐ No. Go to line 4b. | ☐ Yes. Go to line 5. ☐ No. Go to line 4b. |
| b | Was the child permanently and totally disabled during any part of 2024? | ☐ Yes. Go to line 5. ☐ No. The child is not a qualifying child. | ☐ Yes. Go to line 5. ☐ No. The child is not a qualifying child. | ☐ Yes. Go to line 5. ☐ No. The child is not a qualifying child. |
| 5 | **Child's relationship to you**<br>(for example, son, daughter, grandchild, niece, nephew, eligible foster child, etc.) | Daughter | | |
| 6 | **Number of months child lived with you in the United States during 2024**<br>• If the child lived with you for more than half of 2024 but less than 7 months, enter "7."<br>• If the child was born or died in 2024 and your home was the child's home for more than half the time they were alive during 2024, enter "12." | ▮ months<br>Do not enter more than 12 months. | ___ months<br>Do not enter more than 12 months. | ___ months<br>Do not enter more than 12 months. |

For Paperwork Reduction Act Notice, see your tax return instructions.    BAA    REV 01/10/25 TTO    Schedule EIC (Form 1040) 2024

**SCHEDULE 8812**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Credits for Qualifying Children and Other Dependents**

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Schedule8812* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment Sequence No. **47**

Name(s) shown on return: Kimberly Lopez

**Your social security number**

| | Part I | Child Tax Credit and Credit for Other Dependents | | |
|---|---|---|---|---|
| 1 | Enter the amount from line 11 of your Form 1040, 1040-SR, or 1040-NR | | 1 | 7,545. |
| 2a | Enter income from Puerto Rico that you excluded | 2a | | |
| b | Enter the amounts from lines 45 and 50 of your Form 2555 | 2b | 0. | |
| c | Enter the amount from line 15 of your Form 4563 | 2c | | |
| d | Add lines 2a through 2c | | 2d | 0. |
| 3 | Add lines 1 and 2d | | 3 | 7,545. |
| 4 | Number of qualifying children under age 17 with the required social security number | 4 | 1 | |
| 5 | Multiply line 4 by $2,000 | | 5 | 2,000. |
| 6 | Number of other dependents, including any qualifying children who are not under age 17 or who do not have the required social security number | 6 | 0 | |
| | **Caution:** Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident alien. Also, do not include anyone you included on line 4. | | | |
| 7 | Multiply line 6 by $500 | | 7 | |
| 8 | Add lines 5 and 7 | | 8 | 2,000. |
| 9 | Enter the amount shown below for your filing status.<br>• Married filing jointly—$400,000<br>• All other filing statuses—$200,000 | | 9 | 200,000. |
| 10 | Subtract line 9 from line 3.<br>• If zero or less, enter -0-.<br>• If more than zero and not a multiple of $1,000, enter the next multiple of $1,000. For example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. | | 10 | 0. |
| 11 | Multiply line 10 by 5% (0.05) | | 11 | 0. |
| 12 | Is the amount on line 8 more than the amount on line 11? | | 12 | 2,000. |
| | ☐ **No. STOP.** You cannot take the child tax credit, credit for other dependents, or additional child tax credit. Skip Parts II-A and II-B. Enter -0- on lines 14 and 27.<br>☒ **Yes.** Subtract line 11 from line 8. Enter the result. | | | |
| 13 | Enter the amount from **Credit Limit Worksheet A** | | 13 | 0. |
| 14 | Enter the smaller of line 12 or line 13. **This is your child tax credit and credit for other dependents**<br>Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 19. | | 14 | 0. |

If the amount on line 12 is more than the amount on line 14, you may be able to take the **additional child tax credit** on Form 1040, 1040-SR, or 1040-NR, line 28. Complete your Form 1040, 1040-SR, or 1040-NR through line 27 (also complete Schedule 3, line 11) before completing Part II-A.

**For Paperwork Reduction Act Notice, see your tax return instructions.**  BAA  REV 01/10/25 TTO  **Schedule 8812 (Form 1040) 2024**

Schedule 8812 (Form 1040) 2024     Page **2**

| | **Part II-A** | **Additional Child Tax Credit for All Filers** | | |
|---|---|---|---|---|
| | **Caution:** If you file Form 2555, you cannot claim the additional child tax credit. | | | |
| 15 | Check this box if you **do not** want to claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . ☐ | | | |
| 16a | Subtract line 14 from line 12. If zero, **stop here**; you cannot take the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . . . . . . . . . . . . . . . . . . | | **16a** | 2,000. |
| b | Number of qualifying children under age 17 with the required social security number: __1__ x $1,700. Enter the result. If zero, **stop here**; you cannot claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . . . . . . . . . . . . . . . . . . . **TIP:** The number of children you use for this line is the same as the number of children you used for line 4. | | **16b** | 1,700. |
| 17 | Enter the **smaller** of line 16a or line 16b . . . . . . . . . . . . . . . . . . . | | **17** | 1,700. |
| 18a | Earned income (see instructions) . . . . . . . . . . . . . | **18a**   7,545. | | |
| b | Nontaxable combat pay (see instructions) . . . . . | **18b** | | |
| 19 | Is the amount on line 18a more than $2,500? ☐ **No.** Leave line 19 blank and enter -0- on line 20. ☒ **Yes.** Subtract $2,500 from the amount on line 18a. Enter the result . . . . | **19**   5,045. | | |
| 20 | Multiply the amount on line 19 by 15% (0.15) and enter the result . . . . . . . . . . . . . . | | **20** | 757. |
| | **Next.** On line 16b, is the amount $5,100 or more? ☒ **No.** If you are a bona fide resident of Puerto Rico, go to line 21. Otherwise, skip Part II-B and enter the **smaller** of line 17 or line 20 on line 27. ☐ **Yes.** If line 20 is equal to or more than line 17, skip Part II-B and enter the amount from line 17 on line 27. Otherwise, go to line 21. | | | |
| | **Part II-B** | **Certain Filers Who Have Three or More Qualifying Children and Bona Fide Residents of Puerto Rico** | | |
| 21 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, or if you are a bona fide resident of Puerto Rico, see instructions. . . . . . . . | **21** | | |
| 22 | Enter the total of the amounts from Schedule 1 (Form 1040), line 15; Schedule 2 (Form 1040), line 5; Schedule 2 (Form 1040), line 6; and Schedule 2 (Form 1040), line 13 . | **22** | | |
| 23 | Add lines 21 and 22 . . . . . . . . . . . . . . . . . . . . | **23** | | |
| 24 | **1040 and 1040-SR filers:** Enter the total of the amounts from Form 1040 or 1040-SR, line 27, and Schedule 3 (Form 1040), line 11. **1040-NR filers:** Enter the amount from Schedule 3 (Form 1040), line 11. | **24** | | |
| 25 | Subtract line 24 from line 23. If zero or less, enter -0- . . . . . . . . . . . . . . . | | **25** | |
| 26 | Enter the **larger** of line 20 or line 25 . . . . . . . . . . . . . . . . . . | | **26** | |
| | **Next**, enter the **smaller** of line 17 or line 26 on line 27. | | | |
| | **Part II-C** | **Additional Child Tax Credit** | | |
| 27 | **This is your additional child tax credit. Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 28** . . | | **27** | 757. |

BAA     REV 01/10/25 TTO     Schedule 8812 (Form 1040) 2024

### Read and accept this Disclosure Consent
This is an IRS requirement

To, enable the Tax Identity restoration protection service that you purchased as part of the Max bundle, we need your consent to send some of your personal information to our partner, CSIdentity Corporation (aka IDnotify).

Entering your name and date below allows us to disclose the data below to IDNotify, provided by CSIdentity Corp., an Experian company. With your consent, we will send the following: First Name, Middle Initial, Last Name, Date of Birth, Phone Number, Street Address, City, State, Zip, Social Security Number, Email Address, Username, and a randomly generated Subscriber Number.

### IRS regulations require the following statements:

"Federal law requires this consent form be provided to you. Unless authorized by law, we cannot disclose your tax return information to third parties for purposes other than the preparation and filing of your tax return without your consent. If you consent to the disclosure of your tax return information, Federal law may not protect your tax return information from further use or distribution.

You are not required to complete this form to engage our tax return preparation services. If we obtain your signature on this form by conditioning our tax return preparation services on your consent, your consent will not be valid. If you agree to the disclosure of your tax return information, your consent is valid for the amount of time that you specify. If you do not specify the duration of your consent, your consent is valid for one year from the date of signature."

If you believe your tax return information has been disclosed or used improperly in a manner unauthorized by law or without your permission, you may contact the Treasury Inspector General for Tax Administration (TIGTA) at https://www.treasury.gov/tigta/.

To agree, enter your name and date in the boxes below and select the "I Agree" button on the bottom of the page.

I authorize Intuit to send my information listed above to CSIdentity Corporation.

Sign this agreement by entering your name:

Kimberly                    Lopez

Please type the date below:
01/17/2025
Date

sbia5102.SCR  05/20/24