UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY LOPEZ, | ) | Case No. 25-cv-457 |
| *Plaintiff(s),* | ) | Hon. John J. Tharp, Jr. |
| v. | ) | |
| IDFPR, et al., | ) | |
| *Defendant(s).* | ) | |

# EXHIBIT 2

**IRS Identity Protection PIN Notice (CP01A)**

Submitted in Support of Plaintiff's Emergency Motion for Temporary Restraining Order

# Kimberly Lopez

**16036 84th Place**  **708-983-3934**
**Tinley Park, Illinois 60487**  **F: 878-201-9103**

**To:** (855) 807-5720  **Date:** 12/21/2024
**Fax:** 8558075720  **Pages:** 2
**Subject:** CONFIDENTIAL

CONFIDENTIAL

This fax may contain privileged or confidential information and is intended for the exclusive use of the addressee(s).
If you are not an intended recipient, please notify sender and destroy all copies. Failure to do so may result in legal sanction.

En Español

Form **15227**
(January 2024)

Department of the Treasury - Internal Revenue Service
**Application for an Identity Protection Personal Identification Number (IP PIN)**

Do not submit this form if you already have an IP PIN or received notification from IRS you've been assigned an IP PIN.
If you've lost your IP PIN, or have not yet received one in the mail, you may retrieve it at **irs.gov/retrieveippin**.
You may get an IP PIN immediately by visiting irs.gov/getanippin, or schedule a visit at a Taxpayer Assistance Center to request an IP PIN. You can find the TAC office closest to you with our Taxpayer Assistance Locator tool or call (844-545-5640) to schedule an appointment.
In order for IRS to accept this form you (the person in 'Box a') must meet all of the following four criteria.
(1) **You don't have an IP PIN** assigned to you
(2) You have a **Social Security Number (SSN)** or **Individual Taxpayer Identification Number (ITIN)**. Provide complete number in 'Box d' below.
(3) Your adjusted gross income on your last filed return is below; For Individuals $79,000 or For Married Filing Joint $158,000.
(4) You have **access to a telephone**. Provide your phone number in 'Box e' below.

### Name and Contact Information of Taxpayer Applying for the IP PIN (Required)

*We are required to contact this taxpayer to validate their identity before issuing the IP PIN. If completing this form by hand, please write clearly*

**a** - Last name: [redacted]
First name: BELLA
Middle name or initial: [redacted]

**b** - Current mailing address *(apartment or suite number and street, or P.O. Box)*: 16036 84th Place
City: Tinley Park
State: Illinois
ZIP code: 60487

**c** - The person in 'Box a' is a dependent: ☑ Yes ☐ No

**d** - Taxpayer Identification Number *(Provide 9-digit SSN or ITIN of person in 'Box a')*: [redacted]

**e** - Telephone number with area code at which person in 'Box a' may be contacted, Monday - Friday, 7 a.m. - 7 p.m. your local time *(Alaska & Hawaii follow Pacific Time)*: 708-983-3934

**f** - Language preference: ☑ English ☐ Spanish

**g** - I declare that, to the best of my knowledge and belief, the information entered on this Form 15227 (en-sp) is true, correct, complete, and made in good faith: Yes. [signature]

Printed name of person submitting this form: Kimberly Lopez
Date completed: 12/21/2024

### Instructions for Submitting this Form

Box a – Enter your name (person in 'Box a') as shown on your last filed tax return. If your first or middle name does not fit in the space allowed on the form, you may show the first and middle name initials, though you must provide your full last name.
Box b – Complete mailing address of person in 'Box a'.
Box c – Indicate if this form is being prepared or submitted by a parent or legal guardian of a dependent child or dependent relative.
Box d – Provide Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN) of person in 'Box a'.
Box e – Please provide telephone number where person in 'Box a' can be reached during business hours. If dependent child or dependent relative, provide phone number of parent or legal guardian.
**We will contact person in 'Box a' to verify and authenticate their identity.**
If when we call you, you may choose to verify the caller is an IRS employee. In this case, please call the IRS toll-free at 800-908-4490 for specialized assistance, Monday - Friday, 7 a.m. - 7 p.m. your local time (Alaska & Hawaii follow Pacific Time).
Box f – Indicate your language preference for the appropriate IRS assistor to call you.

**Helpful Reminders**
- You may want to have any current tax returns available to help with answering questions when we contact you.
- You will receive a new IP PIN in early January of each year in a mailed CP01A Notice to use when you file your tax return(s) during the following filing season. At this time, if the taxpayer chooses to receive an IP PIN, they cannot opt out later.

**Help us Avoid Delays: Choose one method (below) of submitting this form, either by Mail or by FAX, not both.**

| Submitting by Mail | Submitting by FAX |
|---|---|
| Mail this form to: Department of the Treasury, IRS Fresno, CA 93888-0025 | Include a cover sheet marked 'Confidential' FAX this form toll-free to: 855-807-5720 |

### Privacy Act and Paperwork Reduction Notice

We ask for this information to carry out the Internal Revenue laws. This form is provided for your convenience; its use is voluntary. The Internal Revenue Code (I.R.C.) § 7803 and the Taxpayer First Act of 2019 (P.L. 116-25) authorize us to collect this information. The primary purpose of the form is to provide a paper method of requesting an Identity Protection PIN. Providing false information may subject you to penalties. Generally, tax returns and return information are confidential, under I.R.C. § 6103. However, we may provide this information to the Department of Justice for civil and criminal litigation, and to cities, states, the District of Columbia, and U.S. possessions to carry out their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering, and maintaining the data needed, and completing and reviewing the collection of information.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can send your comments through www.IRS.gov/FormComments. Or you can send your comments to the Internal Revenue Service, Tax Forms and Publications, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send this form to this address. Instead, see 'Instructions for Submitting this Form', above.

Catalog Number 73381K    www.irs.gov    Form **15227 (en-sp)** (Rev. 1-2024)

 **Department of the Treasury**
Internal Revenue Service
Submission Processing
Kansas City, MO 64999-0017

IRS Notice CP01A

KIMBERLY LOPEZ
16036 84TH PL
TINLEY PARK IL 60487-7500

January 6, 2025

# We assigned you an Identity Protection Personal Identification Number (IP PIN)

**Your assigned IP PIN is:** 

## What you need to do immediately

You'll need this number to prepare your 2024 federal tax return so keep it in a safe place. If you don't use your IP PIN, we could reject your tax return or delay processing. Use this IP PIN when filing any current or prior year Forms 1040 during the calendar year beginning in January.

Enter the number in the correct place when filing your federal tax return:

- If filing electronically, your tax software or return preparer will tell you when and where to enter it.
- If filing a paper return, enter your IP PIN in the box marked "Identity Protection PIN" on the signature line.

## About your IP PIN

It is a 6-digit number assigned to eligible taxpayers to help prevent the misuse of their Social Security number on fraudulent federal income tax returns.

The IRS will send you a new IP PIN each year.

Keep your IP PIN private and don't give it to anyone other than a tax professional filing your tax return.

Even if you don't have to file a tax return, your account is still protected from fraudulent filing.

## To find more information

Visit IRS.gov/CP01a for more information about this notice and other ways to protect yourself from identity theft.

If you misplace your IP PIN, visit IRS.gov/retrieveippin.

You can call us at 800-908-4490 (Monday-Friday, 7:00 a.m. – 7:00 p.m. local time; Alaska and Hawaii follow Pacific time) to have your IP PIN reissued or for other assistance specific to identity theft.

Visit IRS.gov/ippinFAQs for answers to Frequently Asked Questions.

For tax forms and publications, visit IRS.gov/forms or call 800-TAX-FORM (800-829-3676).

The IRS doesn't initiate contact with taxpayers by email, text messages, or social media channels to request personal or financial information. This includes requests for PIN numbers, passwords, or similar access information for credit cards, banks, or other financial accounts.

**Notice** CP01A

**Page** 1 of 1
**Internal use only:** 29H