UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY LOPEZ, | ) | Case No. 25-cv-457 |
| *Plaintiff(s),* | ) | Hon. John J. Tharp, Jr. |
| v. | ) | |
| IDFPR, et al., | ) | |
| *Defendant(s).* | ) | |

**EXHIBIT 3**

**Medicaid Enrollment Confirmation (HealthChoice Illinois Plan)**

Submitted in Support of Plaintiff's Emergency Motion for Temporary Restraining Order



# HealthChoice Illinois
Illinois Department of Healthcare and Family Services

### Illinois Client Enrollment Services

****AUTO**ALL FOR AADC 604 123 P1 3345
KIMBERLY LOPEZ
16036 84th Pl
Tinley Park, IL 60487-7500

**Questions?**

Visit **EnrollHFS.Illinois.gov**
or call **1-877-912-8880**
(TTY: 1-866-565-8576)

The call is free!

May 8, 2025

Dear KIMBERLY LOPEZ:

## Welcome to HealthChoice Illinois - your way to quality Medicaid care!

HealthChoice Illinois is your way to make smart Medicaid choices. In HealthChoice Illinois, you must be enrolled in a health plan and have a primary care provider (PCP).

A health plan is the group of doctors, hospitals and other providers who work together to give you the healthcare and care coordination you need. A PCP is the doctor or clinic you go to when you are sick or need a checkup. You must use doctors in your health plan's network. If you have a PCP or specialist you want to keep using, check what health plans they accept.

## Choose the HealthChoice Illinois health plan and PCP that are best for you

You must choose a health plan and PCP for each person listed here before **June 5, 2025**:

**KIMBERLY LOPEZ**       Date of birth: **07/12/**       ID#: **104249842**

You can choose from these health plans:

| HealthChoice Illinois health plans | Toll-free number |
|---|---|
| Aetna Better Health of Illinois | 1-866-329-4701 |
| Blue Cross Community Health Plans | 1-877-860-2837 |
| CountyCare Health Plan | 1-855-444-1661 |
| Meridian Health Plan | 1-866-606-3700 |
| Molina Healthcare | 1-855-687-7861 |

*More on the back »*

You can get this information in other languages or formats, such as large print or audio.


09/23 - IAD - EN - 200 - S02 - 1
20250506.020000000042
37793738


## What if I need a doctor right away?

If you don't have a health plan or primary care provider and need a doctor right away, the Health Benefits Hotline can help. Call **1-800-226-0768** (TTY: 1-877-204-1012).

Thank you,

Illinois Client Enrollment Services

**Questions?** Visit **EnrollHFS.Illinois.gov** or call **1-877-912-8880** (TTY: 1-866-565-8576). The call is free!

09/23 - IAD - EN - 200 - S02 - 1
20250506.020000000042
37793738


