UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY LOPEZ, | ) | Case No. 25-cv-457 |
| *Plaintiff(s),* | ) | Hon. John J. Tharp, Jr. |
| v. | ) | |
| IDFPR, et al., | ) | |
| *Defendant(s).* | ) | |

**EXHIBIT 4**

**SNAP Eligibility Notice**

Submitted in Support of Plaintiff's Emergency Motion for Temporary Restraining Order



State of Illinois
Department of Human Services
Department of Healthcare and Family Services

| | |
|---|---|
| Date of Notice: | May 05, 2025 |
| Case Number: | 3166 |
| Client Name: | KIMBERLY LOPEZ |
| Individual ID: | 1006223488 |
| Office Name: | STATEWIDE PROGRAM INITIATIVES |
| Office Address: | PO BOX 34020<br>CHICAGO, IL 60634 |
| Phone: | 833-621-0737 |
| Fax: | 217-524-3124 |

For more information, visit dhs.illinois.gov/SummerEBT.

Esta notificacion esta disponible en Espanol. Usted puede solicitaria por Internet en dhs.illinois.gov/SummerEBT o llame al 1-800-843-6154 (TTY 1-866-324-5553)

KIMBERLY LOPEZ
16036 84TH PL
TINLEY PARK, IL 60487

# Notice of Eligibility for Summer EBT Benefits

You are receiving this notice because the children listed below are eligible for Summer EBT for Summer 2025. This program helps families buy food during the summer break when school is not in session. This benefit is safe and is not counted in the public charge test for immigration purposes.

## Summer EBT Eligibility

A child, regardless of immigration status, is eligible to receive Summer EBT for Summer 2025 from Illinois if one of the following criteria is met:

- Children ages 6-17 years old with a date of birth between 07/02/2006 and 08/13/2019 that have received Food, Cash, or Medicaid Assistance any time between 07/01/2024 and 08/13/2025; OR
- The child attended a school that participated in the National School Lunch Program (NSLP) during the 2024-2025 school year and was deemed income-eligible to receive a free or reduced-price lunch through direct certification or an application at the school; OR
- A child attended a school that participated in the National School Lunch Program (NSLP) during the 2024-2025 school year, and filed a Summer EBT application that was deemed eligible.

## Accessing Your Benefits

You are scheduled to receive $120.00 in your Illinois Link account on or about 04/21/2025. These benefits will only be available to you for 122 calendar days. Any unused portion of the benefit will be removed from your account and cannot be reissued to you. You will receive a notice if there is a change to your household benefit amount.

If you already receive Food or Cash benefits from IDHS, your Summer EBT benefits will be loaded into the food portion of your account on the date above. If you do not receive Food or Cash Benefits from IDHS, a new Link card will be mailed to the address at the top of this notice.

For more details on how to use your benefits and what you can buy, please refer to the Summer EBT Brochure enclosed. An electronic version of this brochure is also available at www.link.illinois.gov.

Turn this page over to read more information on the back.

IL444-5269 (R-12-24) Notice of Eligibility for Summer EBT Benefits    Page 1 of 3

1003463142



State of Illinois
Department of Human Services
Department of Healthcare and Family Services

| | |
|---|---|
| Date of Notice: | May 05, 2025 |
| Case Number: | 6393531166 |
| Client Name: | KIMBERLY LOPEZ |
| Individual ID: | 1006223488 |
| Office Name: | STATEWIDE PROGRAM INITIATIVES |
| Office Address: | PO BOX 34020 CHICAGO, IL 60634 |
| Phone: | 833-621-0737 |
| Fax: | 217-524-3124 |



KIMBERLY LOPEZ
16036 84TH PL
TINLEY PARK, IL 60487

For more information, visit dhs.illinois.gov/SummerEBT.

Esta notificación está disponible en Español. Usted puede solicitarla por Internet en dhs.illinois.gov/SummerEBT o llame al 1-800-843-6154 (TTY 1-866-324-5553)

## Notice of Eligibility for Summer EBT Benefits

You are receiving this notice because the children listed below are eligible for Summer EBT for Summer 2025. This program helps families buy food during the summer break when school is not in session. This benefit is safe and is not counted in the public charge test for immigration purposes.

### Summer EBT Eligibility

A child, regardless of immigration status, is eligible to receive Summer EBT for Summer 2025 from Illinois if one of the following criteria is met:

- Children ages 6-17 years old with a date of birth between 07/02/2006 and 08/13/2019 that have received Food, Cash, or Medicaid Assistance any time between 07/01/2024 and 08/13/2025; OR

- The child attended a school that participated in the National School Lunch Program (NSLP) during the 2024-2025 school year and was deemed income-eligible to receive a free or reduced-price lunch through direct certification or an application at the school; OR

- A child attended a school that participated in the National School Lunch Program (NSLP) during the 2024-2025 school year, and filed a Summer EBT application that was deemed eligible.

### Accessing Your Benefits

You are scheduled to receive $120.00 in your Illinois Link account on or about 04/21/2025. These benefits will only be available to you for 122 calendar days. Any unused portion of the benefit will be removed from your account and cannot be reissued to you. You will receive a notice if there is a change to your household benefit amount.

If you already receive Food or Cash benefits from IDHS, your Summer EBT benefits will be loaded into the food portion of your account on the date above. If you do not receive Food or Cash Benefits from IDHS, a new Link card will be mailed to the address at the top of this notice.

For more details on how to use your benefits and what you can buy, please refer to the Summer EBT Brochure enclosed. An electronic version of this brochure is also available at www.link.illinois.gov.

Turn this page over to read more information on the back.

IL444-5269 (R-12-24) Notice of Eligibility for Summer EBT Benefits  Page 1 of 3



Summer EBT Benefits
IL444-5269 (R-12-24) Notice of Eligibility for
Page 2 of 3



1003463142

You have the option to opt out of the Summer EBT program for your child(ren). Opting out of Summer EBT means that you do not wish to receive benefits. For example, if a child is no longer in your home, you should opt-out of Summer EBT benefits for that child.

You can opt out of benefits by one of the following ways:

- If you don't have a case with IDHS, you can use the contact us link after utilizing the Summer EBT screener.
- You can also opt out by calling the Summer EBT hotline 1-833-621-0737.

**Summer EBT Details**

The person(s) listed below have been approved for Summer EBT benefits for Summer 2025.

| Eligible Person/Child | Birth Date | Benefit Amount |
|---|---|---|
| Bella ▇▇▇ | ▇▇▇▇▇▇▇ | $120.00 |

If you receive more than $120 per eligible child in your household, do not use the benefits, and contact IDHS as soon as possible to see if there was an error that needs to be corrected. Failure to report receiving more Summer EBT benefits than your household is eligible for, could result in repayment of benefits, penalties, and/or fines.

If your child(ren) receives duplicate benefits from more than one state in error, you should only use the benefits from the state where your child(ren) completed the school year before summer break began. Contact IDHS as soon as possible to see if there was an error that needs to be corrected.

Due to Summer EBT eligibility rules, not all children in a household may be considered eligible and therefore not listed on this notice. For more information, visit dhs.illinois.gov/SummerEBT.

## YOU HAVE THE RIGHT TO APPEAL THIS DECISION

If you do not agree with our decision, you have the right to appeal and be given a fair hearing. You may represent yourself at this hearing or you can ask someone else, such as a lawyer, relative or friend to represent you. If you are appealing a decision about Summer EBT, you must do so within 90 days after the end of the Summer period. For Summer 2025, all appeals must be submitted by November 11, 2025. You can ask for a fair hearing by calling (800) 435-0774, if you use a TTY, by calling (877) 734-7429, going online to abe.illinois.gov/access/appeals, emailing DHS.BAH@illinois.gov, faxing (312) 793-3387, or in writing to DHS Bureau of Hearings, 69 W. Washington, Suite 901, Chicago, IL 60602.

To apply for free legal help:

- Call the IDHS Helpline at 1-800-843-6154 and select Option 7 from the main menu; or
- Visit the IDHS Office Locator at dhs.illinois.gov/freelegalservices

## USDA Nondiscrimination Statement

In accordance with federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, this institution is prohibited from discriminating on the basis of race, color, national origin, sex (including gender identity and sexual orientation), disability, age, or reprisal or retaliation for prior civil rights activity.

Program information may be made available in languages other than English. Persons with disabilities who require alternative means of communication to obtain program information (e.g., Braille, large print, audiotape, American Sign Language), should contact the responsible state or local agency that administers the program or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339.

To file a program discrimination complaint, a Complainant should complete a Form AD-3027, USDA Program Discrimination Complaint Form which can be obtained online at: https://www.usda.gov/sites/default/files/documents/ad-3027.pdf from any USDA office, by calling (866) 632-9992, or by writing a letter addressed to USDA. The letter must contain the complainant's name, address, telephone number, and a written description of the alleged discriminatory action in sufficient detail to inform the Assistant Secretary for Civil Rights (ASCR) about the nature and date of an alleged civil rights violation. The completed AD-3027 form or letter must be submitted to USDA by:

1. **mail:**
   U.S. Department of Agriculture
   Office of the Assistant Secretary for Civil Rights
   1400 Independence Avenue, SW
   Washington, D.C. 20250-9410; or

2. **fax:**
   (833) 256-1665 or (202) 690-7442; or

3. **email:**
   Program.Intake@usda.gov

**Do not send applications or any forms to this address.**

This institution is an equal opportunity provider.



IL444-5269 (R-12-24) Notice of Eligibility for Summer EBT Benefits   Page 3 of 3

10034631 42