UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY LOPEZ, | ) | Case No. 25-cv-457 |
| *Plaintiff(s)*, | ) | Hon. John J. Tharp, Jr. |
| v. | ) | |
| IDFPR, et al., | ) | |
| *Defendant(s)*. | ) | |

# EXHIBIT 5

**Florida Professional License Suspension Notice**

Submitted in Support of Plaintiff's Emergency Motion for Temporary Restraining Order



**Mission:**
To protect, promote & improve the health of all people in Florida through integrated state, county & community efforts.

**Ron DeSantis**
Governor

**Joseph A. Ladapo, MD, PhD**
State Surgeon General

**Vision:** To be the Healthiest State in the Nation

April 2, 2025

**CONFIDENTIAL**
Kimberly Lopez
16036 84th Place
Tinley Park, IL 60487

Complaint #: 202501226

Dear Ms. Lopez:

The Consumer Services Unit received the enclosed complaint. We have determined you may have violated the practice act regulating your profession. Therefore, we have opened an investigation. Please submit a written response within 20 days of receipt of this letter. Please include the complaint number 202501226 on any correspondence you provide to our office.

You may make a written request for a copy of the investigative file. This complaint and all investigative information will remain confidential until 10 days after the probable cause panel has determined a violation has occurred or you give up the right to confidentiality.

Please contact me at the number or address below with any information regarding your case.

Sincerely,

*Katora Lockley*

Katora Lockley
Government Operations Consultant II
Katora.lockley@flhealth.gov

Enclosure
DOH-Form300



**Florida Department of Health**
Division of Medical Quality Assurance • Bureau of Enforcement
4052 Bald Cypress Way, Bin C-75 • Tallahassee, FL 32399-3275
PHONE: (850) 245-4339 • FAX: (850) 488-0796

**Accredited Health Department**
Public Health Accreditation Board

# CASE SUMMARY

## CONFIDENTIAL

**Case No: 202501226**
Please use this number in all correspondence with the Department concerning this matter.

### RESPONDENT INFORMATION

License: 2868
Name: KIMBERLY LOPEZ, APRN
Address: 16036 84TH PLACE
TINLEY PARK, IL 60487
Home Phone: 708-515-1560

Profession: 9603 TIht Advanced Practice Registered Nurse

### SOURCE OF INFORMATION

Name: Department of Health/Health Care practioner Regulation
Address:

Home Phone:

### REPORTED INFORMATION

Receive Date: 03/31/2025
Responsible Party: ha278
Classification Code: 37

Source Code: 5
Status Code: 35
Incident Date: 01/14/2025

Form Code: 7

Complexity: Regular

Patient Name(s):

Possible Code(s): 11, 15, 18

Summary:
Possible Violation of s.s. 456.072(1)(f)(k)(dd), 464.018(1)(b)(o), F.S. disciplinary action taken by another state; failing to perform legal/statutory; violating statue/rule. Received an internally generated complaint indicating on 1/14/2025 The National Practitioner Databank (NPDB) reports that the Subject has Suspension of License. Based off of Florida statue 456.47(4)(i) section 1 and 2 the Subject no longer meets the requirements to hold the out of state provider registration. The state of Illinois Department of Financial and Professional Regulation reports that as of December 19, 2024 the Subject's license is under suspension order indefinitely due to being more than 30 days delinquent in child support payment. Analyzed By: Katora Lockley ha278

DOH-Form200



# Health Care Provider Complaint Form

This information MUST be completed to investigate your complaint, as we correspond via U.S. mail. Incomplete forms CANNOT be processed.

Florida Statutes 456.073, Disciplinary proceeding: (1) The department, for the boards under its jurisdiction, shall cause to be investigated any complaint that is filed before it if the complaint is in writing, signed by the complainant, and legally sufficient. If an investigation of any subject is undertaken, the Department will furnish to the subject or the subject's attorney a copy of the complaint or document that resulted in the initiation of the investigation

### Health Care Provider Information:

| | |
|---|---|
| Profession | TLHT Advanced Practice Registered Nurse |
| License Number | TPAN2868 |
| Practitioner First Name | Kimberly |
| Practitioner Last Name | Lopez |
| Practitioner Middle Name | |
| Business Name | |
| Address Line1 | 16036 84th Place |
| Address Line2 | |
| Zip Code | 60487 |
| City | TINLEY PARK |
| State | IL |
| Phone Number | 708-515-1560 |
| Ext. | |
| Website | |

### Complainant Information:

| | |
|---|---|
| Complaint Source | Internally Generated |
| First Name | Samantha |
| Last Name | Cremer |
| Middle Name | Thomas |
| Agency/Company Name (If applicable) | FL Department of Health |
| Address Line1 | 4052 Bald Cypress Way |
| Address Line2 | 305M |
| Zip Code | 32399 |
| City | TALLAHASSEE |
| State | FL |
| Phone Number | (850) 617-1480 |
| Ext. | |
| Email Address | samantha.cremer@flhealth.gov |

### Complaint Information:

| | |
|---|---|
| Incident Date | 01/14/2025 |

| | |
|---|---|
| **Complaint Description** | The National Practitioner Databank (NPDB) reported that Telehealth Provider KIMBERLY LOPEZ TPAN2868 has SUSPENSION OF LICENSE. Our office was notified of the discipline on 12/19/2024. The reason for the action as stated on the NPDB report reads SUSPENSION OF LICENSE (1135). Florida Statute 456.47 Use of telehealth to provide services requires that each Out-of-State Telehealth Provider: (i)The board, or the department if there is no board, may take disciplinary action against an out-of-state telehealth provider registered under this subsection if the registrant: 1.Fails to notify the applicable board, or the department if there is no board, of any adverse actions taken against his or her license as required under paragraph (d). 2.Has restrictions placed on or disciplinary action taken against his or her license in any state or jurisdiction. Based off Florida Statute 456.47(4)(i) section 1 and 2 KIMBERLY LOPEZ TPAN2868 no longer meets the requirements to hold the out-of-state telehealth provider registration. |

**Law Enforcement Information:**

| | |
|---|---|
| Law enforcement contacted | no |
| First Name | |
| Last Name | |
| Middle Name | |
| Date Reported | |
| Case Number | |
| Agency Nametest | |

**Signature**

| | |
|---|---|
| Submitter Name | Samantha Thomas Cremer |
| Submitter Signature | *Samantha Thomas Cremer* |