UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY LOPEZ, | ) | Case No. 25-cv-457 |
| *Plaintiff(s)*, | ) | Hon. John J. Tharp, Jr. |
| v. | ) | |
| IDFPR, et al., | ) | |
| *Defendant(s)*. | ) | |

**EXHIBIT 6**

**Bank Levy Transaction Record**

Submitted in Support of Plaintiff's Emergency Motion for Temporary Restraining Order



Accounts & Perks    Money Movement    **Bank Healthy**    Settings & Security

 Limited-Time Auto Loan Promo

# Message Center

 Compose

Edit

**Member Services**
FREE CHECKING
1 Attachment

**KIMBERLY LOPEZ** — 5/1/2025, 11:39:45 AM
Thank you for the update. Have a great day also.
Kimberly Lopez

**Lyssa Pitcha** — 5/1/2025, 9:39:56 AM
Hello again,

Your message has been forwarded to our Vice President of Member Servies for review and follow-up.

Have a great day,
Lyssa

| | |
|---|---|
| **RE: Member Services ( 5 )** 📎 1 | |
| 5/1/2025, 11:39:45 AM | |
| Thank you for the update. Have a great day a… | |

**RE: Card Services ( 2 )**
12/12/2022, 10:32:02 AM
Good Morning Kimberly, Thank you for being…

---

**KIMBERLY LOPEZ**     4/30/2025, 3:58:54 PM

Dear Lyssa,

Thank you for confirming the levy. I am notifying you that I did not consent to the release or seizure of these funds, and I dispute the legal validity of this action.

The funds in question were not earned wages or attachable income. They were a short-term loan from a personal credit line, used to pay essential bills. Your action resulted in an overdraft of my account and caused immediate financial harm.

This matter is currently under active review in federal court (Case No. 1:25-cv-00457, N.D. Ill.), where I am pursuing emergency injunctive relief and summary judgment related to unlawful Title IV-D enforcement.

I am asserting federal claims under the Due Process Clause, Americans with Disabilities Act, and 42 U.S.C. § 1983. I have also filed a formal DOJ Civil Rights Complaint (Report No. 603844-VLJ).

Your institution is now on formal notice of this litigation. Any continued withholding of these funds or future actions based on this unlawful levy may be deemed complicity in a federal civil rights violation.

I respectfully request that you release my funds and freeze further activity on the account and preserve all related communications and transaction records. I reserve all rights.

Sincerely,
Kimberly Lopez
kslopez777@gmail.com
708-983-3934



**Lyssa Pitcha**      4/30/2025, 10:15:18 AM

Good Morning Kimberly,

Thank you for being a member of HealthCare Associates Credit Union. I am in receipt of your correspondence and will respond in kind.

On 04/29/2025 we received a notice of levy from the IL Department of Healthcare & Family Services. Since we received a Levy notice, we placed the funds stated on the letter on hold for 21 days. We sent out a letter along with the copy of the Levy to the address on file on 04/29/2025.

If you have any further questions regarding the Levy please contact the Illinois Department of Healthcare & Family Servies at, 800-447-4278.

As a one-time courtesy I have reversed the $39 Privilege Pay fee and one $35 Return Item fee. You should be able to review this adjustment through your online banking dashboard. Please note, we will be unable to reverse any more fees unless Credit Union error.

If you have any further questions in regards to this matter or if there is anything else that we can do for you; do not hesitate to contact us during normal business hours at 630-276-5555

Thank you for your patronage.
Lyssa

---

**KIMBERLY LOPEZ**      4/30/2025, 7:54:04 AM

Good morning,
My account is erroneously -$233.70, charged a $39 pay fee, and current (correct balance is $3,699.00. I have no pending transactions at this time. Last night I had a balance of $3,738.00. This am I had a debit of $194.70 from a bill pay. I've attached a print out of my transaction history for this month. Please advise how to rectify this as soon as possible.
Thank you.
Kimberly Lopez

📎 1 Attachment
TRANSACTIONS 4.30.25 HACU.pdf

---



**KIMBERLY LOPEZ**

Message

📎 Attach Files
You can attach up to 10 files (15 MB total)