UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY LOPEZ, | ) | Case No. 25-cv-457 |
| *Plaintiff(s)*, | ) | Hon. John J. Tharp, Jr. |
| v. | ) | |
| IDFPR, et al., | ) | |
| *Defendant(s)*. | ) | |

**EXHIBIT 7**

**Email Correspondence with Assistant Attorney General Anna Leonard (May 16–19, 2025)**

Submitted in Support of Plaintiff's Emergency Motion for Temporary Restraining Order



Kimberly Lopez <kslopez777@gmail.com>

## Lopez v. Ill.Dept.Healthcare and Family Services, et al.; 25cv00457

**Leonard, Anna** <Anna.Leonard@illinois.gov> Fri, May 16, 2025 at 9:56 AM
To: "kslopez777@gmail.com" <kslopez777@gmail.com>

Good morning, Ms. Lopez,

This office represents the Illinois Department of Healthcare and Family Services ("HFS").

HFS is in receipt of documents dropped off by a U.S. Marshall to a State office at 160 North LaSalle Street, Chicago, Illinois on May 6, 2025. While it is my understanding these documents did not include a waiver form, HFS is agreeable to waive service of summons in this matter.

Attached please find the signed and completed Waiver of the Service of Summons form for HFS. This provides HFS 60 days from May 6, 2025 to answer or otherwise respond to your Complaint.

I will also file my appearance on behalf of HFS.

Thank you,

Anna Leonard

Office of the Attorney General

Child Support Division

115 S. LaSalle St. 30th Floor

Chicago, Illinois 60603

Anna.Leonard@illinois.gov

815-740-2782

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

5/20/25, 2:02 PM                    Kimberly Lopez Mail - Dept. Healthcare and Family Services, et al. 1:25-cv-00457

Case: 1:25-cv-00457 Document #: 60-8 Filed: 05/20/25 Page 3 of 5 PageID #:598

📄 **HFS Waiver of Service of Summons.pdf**
186K

---

**Leonard, Anna** <Anna.Leonard@illinois.gov>                                    Mon, May 19, 2025 at 2:47 PM
To: "kslopez777@gmail.com" <kslopez777@gmail.com>

Good afternoon, Ms. Lopez,

I am following up on my email of Friday, May 16, 2025.

I please ask receipt of and confirmation that you will be filing the Waiver with the court. I attach the Waiver her again for your review.

📄 **HFS Waiver of Service of Summons.pdf**
186K

---

**Kimberly Lopez** <kslopez777@gmail.com>                                        Mon, May 19, 2025 at 4:42 PM
To: "Leonard, Anna" <Anna.Leonard@illinois.gov>
Bcc: Kimberly Lopez <kslopez777@gmail.com>

Good afternoon, Ms. Leonard:

As you know, service on IDHFS was effected by the U.S. Marshal on May 6, 2025, and I filed the Marshal's Return of Service (Dkt. 53) on May 7. Under Fed. R. Civ. P. 4(l)(1), that Return is sufficient proof of service, so no AO-399 waiver form is required.

Because you've asked me to file the waiver, I am happy to do so, but only if we can agree on the attached proposed recitals for the stipulated TRO order. Please choose one:

You sign off on the recitals as drafted, then I will file the AO-399 waiver form by end of day tomorrow as a professional courtesy to extend your response deadline.

You do not agree to the recitals, then I will proceed on the Return of Service alone and will not file the waiver form.

Let me know which option you prefer, and I'll circulate either the fully executed stipulation (and waiver) or the final TRO order based solely on the Return of Service.

Thank you for your prompt attention.

Best regards,
Kimberly Lopez, Pro Se


Attachments:
- Proposed Stipulated TRO Order – Recitals
- Exhibits containing:
– Birth certificate (in original Complaint w/password to be sent in immediate second email)
– 2024 tax-return summary (minor as dependent, SSN/IP PIN redacted)
– Medicaid & SNAP benefit letter (redacted)
– Proof of levies via communications w/HACU, no formal notice received yet from IDHFS
– Proof of Illinois & Florida license suspensions

- Docket entries as of 5/19/25 for 25-00457

Kimberly Lopez, DNP, CCTP-II, ADHD-CCSP, ASDCS, PMHNP, FNP-C, FPA-APRN

https://chicagohealthonline.com/attention-disregulation/

*"They tried to bury us. They didn't know we were seeds."*
*~ Mexican Proverb ~*

*Then said Jesus unto his disciples, if any man will come after me, let him deny himself, and take up his cross, and follow me.*
*~ Matthew 16:24*

---

**8 attachments**

📄 **25-00457 LOPEZ v. IDHFS et al. PROPOSED STIPULATED TEMPORARY RESTRAINING ORDER RECITALS.docx-2.pdf**
94K

📄 **5.1.25 HACU COMMUNICATION RECORDS.pdf**
2487K

📄 **K.LOPEZ HEALTHCHOICE ILLINOIS PLAN CHOICE.pdf**
343K

📄 **K.LOPEZ FL LICENSE SUSPENSION NOTICE.pdf**
657K

📄 **K.LOPEZ SNAP_Redacted.pdf**
1878K

📄 **BPLA IP PIN APPLICATION AND NUMBER REDACTED.pdf**
201K

📄 **PASSWORD R-Lopez v. IDFPR et. al COMPLAINT_stamped_1152025151547.pdf**
3397K

📄 **25-00457 DOCKET AS OF 5.19.25.pdf**
143K

---

**Leonard, Anna** <Anna.Leonard@illinois.gov>                                                    Tue, May 20, 2025 at 9:10 AM
To: Kimberly Lopez <kslopez777@gmail.com>

Good morning, Ms. Lopez,

My client is not agreeable to any proposed order. As you should understand, pursuant to Rule 4, the documentation provided by the US Marshall did not properly effectuate service on my client. You alleged return of service provides no name or address of persons served as required under 4(j)(2). As such, we can delay this matter to address your ineffective service of process or we can, have the waiver filed, and move forward to address your complaint.

Thank you,

Case: 1:25-cv-00457 Document #: 60-8 Filed: 05/20/25 Page 5 of 5 PageID #:600

Lopez v. U.S. Dept. Healthcare and Family Services, et al, 1:25-cv-00457