UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY LOPEZ, | ) | Case No. 25-cv-457 |
| *Plaintiff(s)*, | ) | Hon. John J. Tharp, Jr. |
| v. | ) | |
| IDFPR, et al., | ) | |
| *Defendant(s)*. | ) | |

**EXHIBIT 8**

**U.S. Department of the Treasury Levy Notice**

Reflecting Federal Tax Refund Offset of $3,498.00

Submitted in Support of Plaintiff's Emergency Motion for Temporary Restraining Order

U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686



# PLEASE RETAIN FOR YOUR RECORDS

02/26/25



LOPEZ, KIMBERLY
16036 84TH PL
TINLEY PARK, IL 60487-7500

## What Happened to My Payment?

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information:

Payment From: Internal Revenue Service
Payee Name: LOPEZ, KIMBERLY
Original Payment: $3498.00

Payment Date: 02/26/25
Payment Type: EFT

## Who Do I Owe?

We applied your payment to debt that you owe to the following agency:

ILLINOIS DEPT OF HLTH AND FAM SVCS
DIVISION OF CHILD SUPPORT SERVICES
DATA GATHERING UNIT
P.O. BOX 19152
SPRINGFIELD     IL 62794-9152
800-447-4278

TOP Trace Number: ▉▉▉▉▉▉
Account #: ▉▉▉▉▉▉▉▉▉▉
Applied To This Debt: $3498.00
Type of Debt: Child Support

Please see additional pages for other debts, if any.

## What Should I Do?

If you agree that you owe the debt, you do not need to do anything. Your debt balance has been reduced. If you believe that your payment was applied in error, you would like to resolve your debt, or you have questions about your debt or outstanding balance, contact the agency listed under **Who Do I Owe**. **Please have this notice available** when you contact the agency.

Only the agency listed under **Who Do I Owe** has information about your debt. Before sending a debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice explains the amount and type of debt you owe, the rights available to you, and the agency's intention to collect the debt by applying eligible federal payments made to you.

For questions about your debt, please call the agency listed under **Who Do I Owe**. If you have questions about the Treasury Offset Program, please visit our website at www.fiscal.treasury.gov/TOP.

