UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Kimberly Sue Lopez

Plaintiff,

v.

Case No.: 1:25−cv−00457

Honorable John J. Tharp Jr.

Illinois Department of Healthcare and Family Services, et al.

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2025:

    MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's emergency motion for a temporary restraining order (TRO) [60] is denied. Although the motion explains why the plaintiff may suffer irreparable injury absent a TRO, it offers no explanation as to (1) why the plaintiff is likely to succeed on the merits, (2) why the equities favor the plaintiff, or (3) why a TRO is in the public interest. Furthermore, even for irreparable injury, the motion offers no explanation as to why injunctive relief is necessary at this very moment. Any purported urgency is diminished by the fact that the plaintiff filed this suit over four months ago; the Court sees no evidence that treating this case "as any other matter" would cause harm today that did not exist in January. See N.D. Ill. L.R. 77.2(a)(3) (defining "emergency matter"). The Court also observes that the TRO motion seeks relief, including a release of levies and other withheld funds, not sought in the complaint. The plaintiff has already been warned against "repurpos[ing] this case number for a completely different lawsuit" (quotation marks omitted) [51], and the Court notes that further requests unrelated to the complaint, or motions making inappropriate use of the "emergency" designation, may be stricken. If the plaintiff so chooses, she may file a renewed (non−emergency) motion for a TRO or preliminary injunction that addresses the defects flagged in this order. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.