☐ 4348 - Order to Change Name　　　　　　　　　EXHIBIT C
☑ 4349 - Order Vital Statistics to Issue Corrected Birth Certificate　　　(Rev. 12/01/20) CCDR 0058

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

Naseem Latif
**Petitioner**

v.

Kimberely Lopez
**Respondent**

Docket No. 2011D579053

## ORDER

THE COURT HAVING JURISDICTION OVER THE SUBJECT MATTER AND ALL NECESSARY PARTIES, IT IS HEREBY ORDERED THAT:

The child born on 11/25/11 to the Petitioner/Respondent Kimberely Lopez Petitioner/Respondent _____ has been know as 11/25/11.

☑ The name of the child is hereby changed to Bella Latif.

The Bureau of Vital Statistics is hereby directed to issue a corrected birth certificate,

☑ changing the name of the child from Bella Lopez-Allshot to Bella Latif.

☑ adding the name of the Petitioner/Respondent Naseem Latif.

Judge Bernadette Barrett
FEB 20 2024
Circuit Court - 2319

**ENTERED:**

Dated: _____, _____

Judge _[signature]_　　　2319
　　　　　　　　　　　　Judge's No.

.

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1