<span style="color:red">EXHIBIT E</span>

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

| | |
|---|---|
| IN RE THE MARRIAGE OF: ) | |
| ) | |
| NASSEEM LATIF, ) | |
|     Petitioner, ) | |
| v. ) | No. 2011D579053 |
| ) | |
| KIMBERLY LOPEZ, ) | Judge Bernadette Barrett |
|     Respondent. ) | APR 3 0 2024 |
| | Circuit Court - 2319 |

**ORDER**

This matter coming to be heard on the Petitioner, Natif Latif, Verified Petition for Rule to Show Cause for Failure to Comply with the December 28, 2023 Order. The Petitioner, Nasseem Latif, together with his attorney, Raeb Shalabi, and the Respondent, Kimberly Lopez, appearing before the Court as a self-represented litigant. The Court having heard the testimony of the parties, having had an opportunity to consider the witnesses' credibility and demeanor, having reviewed the pleadings and responses and closing arguments of the parties, as well as relevant case law, including pertinent statutes, and now being fully advised in the premises, the Court finds as follows:

**IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

    1.    On February 29, 2024, the Rule issued on the Verified Petition for Rule, thereby shifting the burden to the Respondent, Kimberly Lopez, to prove any affirmative defense that she may have to her noncompliance with the December 28, 2023.

    2.    The Respondent, Kimberly Lopez, has failed to sustain her burden that she has a legally sufficient reason for her failure to comply with the order of child support in accordance with the December 28, 2023 Order and that her failure to comply with the December 28, 2023 was not willful nor contumacious. The Verified Petition for Rule to Show Cause for Failure to Pay Child Support filed on February 13, 2024 is granted.

    3.    The Court finds the Respondent, Kimberly Lopez, credibility was lacking on important topics relevant to the issues in this case, including but not limited to the her continuing to pay her mortgage of approximately $1,628.00 through April of 2024, her motor vehicle payment through February of 2024 of $1,300.00 each month since she purchased the 2024 Lexus, her utilities, and personal living expenses while not able to pay any money towards her support obligation under the December 28, 2023 order.

4. The Court finds that the Respondent, Kimberly Lopez, is indirect civil contempt of Court for failure to obey the December 28, 2023 Order and owes for child support arrears for December 2023, January 2024, February, 2024, March 2024, and April of 2024 totaling $5,090.00 amd shall pay a purge of $3,500.00 by May 23, 2024 at 4:00 p.m.

5. It is ordered that the Respondent, Kimberly Lopez, is commited to the Cook County Jail, there to remain until she has purged herself of contempt by paying $3,500.00.

6. Commitment is stayed until May 23, 2024 at 5:00 p.m.

7. The Petitioner, Nasseem Latif, shall submit an Order of Adjudication of Indirect Civil Contempt and/or Order of Commitment no later than 5/1/2024.

8. The Petitioner, Nasseem Latif, may file a Petition for Attorney Fees under Section 508(b) of the Illinois Marriage and Dissolution of Marriage Act.

9. The Petitioner, Nasseem Latif, Petition for Contribution of Attorney fees is taken under advisement.

10. This matter is continued for status on purge to May 24, 2024 at 11:15 a.m. The Respondent, Kimberly Lopez, shall appear in person in room 202 located at 10220 South 76th Avenue, Bridgeview, Illinois.

ENTERED: April 30, 2024

JUDGE

No. 2319

Judge Bernadette Barrett

APR 30 2024

Circuit Court - 2319

2 – IRPO LATIF v. LOPEZ – 2011D579053