EXHIBIT F

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – DOMESTIC RELATIONS DIVISION

| | | |
|---|---|---|
| IN RE: THE PARENTAGE OF: | ) | |
| | ) | |
| NASSEEM LATIF, | ) | |
|     Petitioner, | ) | |
| and | ) | No. 2011D579053 |
| | ) | Calendar Y |
| KIMBERLY LOPEZ | ) | |
|     Respondent. | ) | |

Judge Bernadette Barrett

APR 30 2024

Circuit Court - 2319

**ORDER OF COURT**

THIS MATTER coming before Hearing Officer Ryan, consistent with the Court Order entered by the Honorable Judge Barrett on February 29, 2024 directing the Hearing Officer to conduct a hearing regarding reconciliation of retroactive child support owed from Respondent to the Petitioner from 2021 to date; Attorney Raed Shalabi appearing on behalf of the Petitioner, Nasseem Latif, who was also present and the Respondent, Kimberly Lopez, appearing *pro se* via zoom video conference on April 9, 2024; the Hearing Officer, having reviewed the financial documentation provided by the parties, relevant Motions, Court Orders, and having heard the sworn testimony of the parties and the argument of counsel, HEREBY FINDS:

1. The parties have one (1) child, namely Bella Lopez Allsot, born on May 4, 2011.

2. The Respondent has zero (0) overnights of parenting time per year with the minor child.

3. On December 28, 2023, Judge Barrett entered a Uniform Order for Support which required the Respondent to pay $1,018 per month for baseline child support.

4. On February 29, 2024, Judge Barrett entered an order referring this matter to the hearing officer to calculate the statutory guideline for retroactive child support owed during 2021 and 2022 and for reconciliation of alleged payments made by the Respondent during said time period.

5. The Respondent testified that she has paid $0 in child support since January 1, 2021.

6. The Petitioner testified that he earned the approximately the same income in 2021 and 2022 as he did in 2023. For purposes of calculating child support, the hearing officer imputed full time minimum wage income to the Petitioner in the amount of $13 per hour for 2021 and 2022 for an imputed gross income of $27,040 per year.



7. The Respondent's 2021 income tax return reflects that she earned gross income in the amount of $78,440 in 2021.

8. The Respondent's 2022 income tax return reflects that she earned gross income in the amount of $35,635 in 2022.

9. For purposes of calculating the Respondent's 2021 child support obligation, the Hearing Officer used $27,040 as the Petitioner's imputed minimum wage annual income and $78,440 as the Respondent's gross annual income.

10. For purposes of calculating the Respondent's 2022 child support obligation, the Hearing Officer used $27,040 as the Petitioner's imputed gross minimum wage income and $35,635 as the Respondent's gross annual income.

IT IS HEREBY ORDERED:

A. Pursuant to 750 ILCS/505 of the Illinois Marriage and Dissolution of Marriage Act, during 2021, the statutory guideline for child support was $899 per month owed by the Respondent to the Petitioner. From January 1, 2021 through December 31, 2021, the Respondent owed a total of $10,788 for baseline child support ($899 per month x 12 months).

B. Pursuant to 750 ILCS/505 of the Illinois Marriage and Dissolution of Marriage Act, during 2022, the statutory guideline for child support was $528 per month owed by the Respondent to the Petitioner. From January 1, 2022 through December 31, 2022, the Respondent owed a total of $6,336.00 for baseline child support ($528 per month x 12 months).

C. Pursuant to the terms of the Uniform Order for Support entered by Judge Barrett on December 28, 2023, from July 2023 through December 31, 2023, the Respondent owed a total of $6,108.00 in retroactive child support for 2023 (see Uniform Order for Support entered by Judge Barrett on December 28, 2023).

D. The total amount owed by the Respondent to the Petitioner for past due and retroactive child support (not including statutory interest) as of April 29, 2024 is $27,304, calculated, as follows:

   i. 2021: $10,788 for baseline child support ($899 per month x 12 months).

   ii. 2022: $6,336 for baseline child support ($528 per month x 12 months).

   iii. 2023: $6,108 (see 12/28/23 Uniform Order for Support)

   iv. 2024: $4,072 ($1,018 per month x 4 months)

v. TOTAL: $27,304 owed from 2021 through 2023.

E. A Uniform Order for Support shall be entered in connection herewith which reflects the terms and payment schedule set forth herein.

F. The terms of this Order shall not impact any unpaid support that may be due and owing to the Illinois Department of Healthcare and Family Services (IDHFS).

**THIS ORDER IS NOT VALID UNTIL SIGNED BY A JUDGE**

SO RECOMMENDED TO THE COURT this 29th day of April 2024, by Hearing Officer Catherine J. Ryan. **You have a right to request a judicial hearing. If either party does not agree to the recommendations set forth in this Order this case shall be transferred for a judicial hearing.**

_____
Hearing Officer Catherine J. Ryan
Date: April 29, 2024

ENTER:

Judge Bernadette Barrett
APR 3 0 2024
Circuit Court - 2319

4/30/24

_____    2319
JUDGE                        Date