EXHIBIT H




Clerk's Office
Appellate Court First District
State of Illinois
160 North LaSalle Street, Rm S1400
Chicago, Illinois 60601

## STATE OF ILLINOIS, FIRST DISTRICT APPELLATE COURT MANDATE

Panel:    Honorable Michael B. Hyman
              Honorable Sharon Oden Johnson
              Honorable Sanjay T. Tailor

BE IT REMEMBERED, that on 25th day of July, 2024 the final judgment of said Appellate Court was entered of record as follows:

IN RE THE PARENTAGE OF B. L.-A.    General No: 1-23-2178
                                            County/Agency: Cook County
NASEEM LATIF,                         Trial Court/Agency Case No.: 11D579053
    Petitioner-Appellee,
    v.
KIMBERLY SUE LOPEZ,
    Defendant-Appellant.

In accordance with Supreme Court Rule 368, this Mandate is issued. As Clerk of the Appellate Court and keeper of the records, files and Seal thereof, I certify that the foregoing is a true statement of the final Order of said Appellate Court in the above cause of record in my office. Pursuant to Supreme Court Rule 369, the clerk of the circuit court shall file the Mandate promptly.



IN WITNESS WHEREOF, I hereunto set my hand and affix the Seal of the Illinois Appellate Court this 5th day of September, 2024.

Clerk of the Appellate Court



CLERK'S OFFICE
APPELLATE COURT FIRST DISTRICT
STATE OF ILLINOIS
160 NORTH LASALLE STREET, RM S1400
CHICAGO, ILLINOIS 60601

September 5, 2024

Honorable Iris Y. Martinez
Richard J. Daley Center
Room 1001
Chicago, IL 60602



RE: NASEEM LATIF v. KIMBERLY SUE LOPEZ
    General No.: 1-23-2178
    County: Cook County
    Trial Court No: 11D579053

Dear Honorable Martinez:

Attached is the Mandate of the Appellate Court in the above entitled cause.

We are sending the attorneys of record a copy of this letter to inform them that the mandate of the Appellate Court has been filed with you.

Thomas D. Palella
Clerk of the Appellate Court

c:    Kimberly Lopez

1-23-2178

## IN THE APPELLATE COURT, STATE OF ILLINOIS
### FIRST DISTRICT

| | |
|---|---|
| NASEEM LATIF, | ) |
| Plaintiff-Appellee | ) Trial Court No.: 11 D 579053 |
| v. | ) |
| KIMBERLY SUE LOPEZ, | ) |
| Defendant-Appellant. | ) |

## ORDER

On the Court's own motion, the Court finding that the appellant failed to file the Record on Appeal by the January 3, 2024 due date pursuant to Supreme Court Rule 326;

**IT IS HEREBY ORDERED** that this case is DISMISSED FOR WANT OF PROSECUTION. Any request to reconsider this Order must be filed as a Petition for Rehearing within 21 days, as provided by Illinois Supreme Court Rule 367(a).

Enter:

*Sharon Oden Johnson*
Justice

*Michael B. Hyman*
Justice

*Sanjay Tailor*
Justice

ORDER ENTERED

JUL 2 5 2024

APPELLATE COURT FIRST DISTRICT