


Kimberly Lopez <kslopez777@gmail.com>

## latif v lopez- 2011D579053

---

**fatima abuzerr** <fatimaabuzerr@gmail.com>  Fri, Jan 12, 2024 at 1:49 PM
To: "CCC BridgeviewCR202 (Chief Judge's Office)" <ccc.bridgeviewCR202@cookcountyil.gov>
Cc: Kimberly Lopez <kslopez777@gmail.com>

Good Afternoon,

Please see attached order.

Thank you

--

Fatima Abuzerr
Attorney
Law Offices of Raed Shalabi, Ltd.
15127 S. 73rd Avenue, Unit A1,
Orland Park, IL 60462
708.671.0800



order 1.12.24.pdf
61K

---

**Kimberly Lopez** <kslopez777@gmail.com>  Fri, Jan 12, 2024 at 2:01 PM
To: fatima abuzerr <fatimaabuzerr@gmail.com>

How was this entered without me present? The time on the NOTICE OF MOTIONS states 10:30. I was present at 10:30 and was told it was continued.
Kimberly Lopez, DNP, CCTP-II, ADHD-CCSP, ASDCS, PMHNP, FNP-C, FPA-APRN

https://chicagohealthonline.com/attention-disregulation/

https://lifestance.com/provider/kimberly-lopez-np/

https://www.psychologytoday.com/us/psychiatrists/kimberly-lopez-chicago-il/1006461

https://www.zocdoc.com/doctor/kimberly-lopez-pmhnp-363306

https://growtherapy.com/provider/ekj60dmplpol/kimberly-lopez

*"They tried to bury us. They didn't know we were seeds."*
*~ Mexican Proverb*

> On Fri, Jan 12, 2024 at 1:50 PM fatima abuzerr <fatimaabuzerr@gmail.com> wrote:
>> Good Afternoon,
>>
>> Please see attached order.
>>
>> Thank you
>>
>> --
>> Fatima Abuzerr
>> Attorney
>> Law Offices of Raed Shalabi, Ltd.
>> 15127 S. 73rd Avenue, Unit A1,
>> Orland Park, IL 60462
>> 708.671.0800

---

**fatima abuzerr** <fatimaabuzerr@gmail.com>   Fri, Jan 12, 2024 at 2:44 PM
To: Kimberly Lopez <kslopez777@gmail.com>

Attorney Shalabi was also on, the judge heard the case and as the order reads she ordered that you have time to respond to the motion. Hearing is not until March.

> On Fri, Jan 12, 2024 at 2:01 PM Kimberly Lopez <kslopez777@gmail.com> wrote:
>> How was this entered without me present? The time on the NOTICE OF MOTIONS states 10:30. I was present at 10:30 and was told it was continued.
>> Kimberly Lopez, DNP, CCTP-II, ADHD-CCSP, ASDCS, PMHNP, FNP-C, FPA-APRN
>>
>> https://chicagohealthonline.com/attention-disregulation/
>>
>> https://lifestance.com/provider/kimberly-lopez-np/
>>
>> https://www.psychologytoday.com/us/psychiatrists/kimberly-lopez-chicago-il/1006461
>>
>> https://www.zocdoc.com/doctor/kimberly-lopez-pmhnp-363306
>>
>> https://growtherapy.com/provider/ekj60dmplpol/kimberly-lopez
>>
>>
>> *"They tried to bury us. They didn't know we were seeds."*
>> *~ Mexican Proverb*
>>
>>
>> On Fri, Jan 12, 2024 at 1:50 PM fatima abuzerr <fatimaabuzerr@gmail.com> wrote:
>>> Good Afternoon,
>>>
>>> Please see attached order.
>>>
>>> Thank you
>>>
>>> --
>>> Fatima Abuzerr
>>> Attorney
>>> Law Offices of Raed Shalabi, Ltd.
>>> 15127 S. 73rd Avenue, Unit A1,

> Orland Park, IL 60462
> 708.671.0800

--
Fatima Abuzerr
Attorney
Law Offices of Raed Shalabi, Ltd.
15127 S. 73rd Avenue, Unit A1,
Orland Park, IL 60462
708.671.0800

---

**Kimberly Lopez** <kslopez777@gmail.com>  Fri, Jan 12, 2024 at 3:04 PM
To: fatima abuzerr <fatimaabuzerr@gmail.com>

At 10:20 a I was there and was told it was continued... weird, I have my Zoom records so, not sure what's going on. Your NOTICE OF MOTION clearly states 10:30 a.
Kimberly Lopez, DNP, CCTP-II, ADHD-CCSP, ASDCS, PMHNP, FNP-C, FPA-APRN

https://chicagohealthonline.com/attention-disregulation/

https://lifestance.com/provider/kimberly-lopez-np/

https://www.psychologytoday.com/us/psychiatrists/kimberly-lopez-chicago-il/1006461

https://www.zocdoc.com/doctor/kimberly-lopez-pmhnp-363306

https://growtherapy.com/provider/ekj60dmplpol/kimberly-lopez

"*They tried to bury us. They didn't know we were seeds.*"
*~ Mexican Proverb*

> On Fri, Jan 12, 2024 at 2:44 PM fatima abuzerr <fatimaabuzerr@gmail.com> wrote:
>
> Attorney Shalabi was also on, the judge heard the case and as the order reads she ordered that you have time to respond to the motion. Hearing is not until March.
>
>> On Fri, Jan 12, 2024 at 2:01 PM Kimberly Lopez <kslopez777@gmail.com> wrote:
>>
>> How was this entered without me present? The time on the NOTICE OF MOTIONS states 10:30. I was present at 10:30 and was told it was continued.
>> Kimberly Lopez, DNP, CCTP-II, ADHD-CCSP, ASDCS, PMHNP, FNP-C, FPA-APRN
>>
>> https://chicagohealthonline.com/attention-disregulation/
>>
>> https://lifestance.com/provider/kimberly-lopez-np/
>>
>> https://www.psychologytoday.com/us/psychiatrists/kimberly-lopez-chicago-il/1006461
>>
>> https://www.zocdoc.com/doctor/kimberly-lopez-pmhnp-363306

> https://growtherapy.com/provider/ekj60dmplpol/kimberly-lopez
>
> *"They tried to bury us. They didn't know we were seeds."*
> *~ Mexican Proverb*
>
> On Fri, Jan 12, 2024 at 1:50 PM fatima abuzerr <fatimaabuzerr@gmail.com> wrote:
>> Good Afternoon,
>>
>> Please see attached order.
>>
>> Thank you
>>
>> --
>> Fatima Abuzerr
>> Attorney
>> Law Offices of Raed Shalabi, Ltd.
>> 15127 S. 73rd Avenue, Unit A1,
>> Orland Park, IL 60462
>> 708.671.0800
>
> --
> Fatima Abuzerr
> Attorney
> Law Offices of Raed Shalabi, Ltd.
> 15127 S. 73rd Avenue, Unit A1,
> Orland Park, IL 60462
> 708.671.0800

---

**fatima abuzerr** <fatimaabuzerr@gmail.com>    Fri, Jan 12, 2024 at 3:07 PM
To: Kimberly Lopez <kslopez777@gmail.com>

No one is accusing you of lying, Ms. Lopez. If Judge Barett calls the case prior to its noticed up time that is within her discretion. ==Whether you were there or not the outcome would have resulted in the same order. You were granted leave to respond to our petition.==

> On Fri, Jan 12, 2024 at 3:05 PM Kimberly Lopez <kslopez777@gmail.com> wrote:
>> At 10:20 a I was there and was told it was continued... weird, I have my Zoom records so, not sure what's going on. Your NOTICE OF MOTION clearly states 10:30 a.
>> Kimberly Lopez, DNP, CCTP-II, ADHD-CCSP, ASDCS, PMHNP, FNP-C, FPA-APRN
>>
>> https://chicagohealthonline.com/attention-disregulation/
>>
>> https://lifestance.com/provider/kimberly-lopez-np/
>>
>> https://www.psychologytoday.com/us/psychiatrists/kimberly-lopez-chicago-il/1006461
>>
>> https://www.zocdoc.com/doctor/kimberly-lopez-pmhnp-363306

https://growtherapy.com/provider/ekj60dmplpol/kimberly-lopez

*"They tried to bury us. They didn't know we were seeds."*
*~ Mexican Proverb*

On Fri, Jan 12, 2024 at 2:44 PM fatima abuzerr <fatimaabuzerr@gmail.com> wrote:
> Attorney Shalabi was also on, the judge heard the case and as the order reads she ordered that you have time to respond to the motion. Hearing is not until March.
>
> On Fri, Jan 12, 2024 at 2:01 PM Kimberly Lopez <kslopez777@gmail.com> wrote:
>> How was this entered without me present? The time on the NOTICE OF MOTIONS states 10:30. I was present at 10:30 and was told it was continued.
>> Kimberly Lopez, DNP, CCTP-II, ADHD-CCSP, ASDCS, PMHNP, FNP-C, FPA-APRN
>>
>> https://chicagohealthonline.com/attention-disregulation/
>>
>> https://lifestance.com/provider/kimberly-lopez-np/
>>
>> https://www.psychologytoday.com/us/psychiatrists/kimberly-lopez-chicago-il/1006461
>>
>> https://www.zocdoc.com/doctor/kimberly-lopez-pmhnp-363306
>>
>> https://growtherapy.com/provider/ekj60dmplpol/kimberly-lopez
>>
>> *"They tried to bury us. They didn't know we were seeds."*
>> *~ Mexican Proverb*
>>
>> On Fri, Jan 12, 2024 at 1:50 PM fatima abuzerr <fatimaabuzerr@gmail.com> wrote:
>>> Good Afternoon,
>>>
>>> Please see attached order.
>>>
>>> Thank you
>>>
>>> --
>>> Fatima Abuzerr
>>> Attorney
>>> Law Offices of Raed Shalabi, Ltd.
>>> 15127 S. 73rd Avenue, Unit A1,
>>> Orland Park, IL 60462
>>> 708.671.0800

--
Fatima Abuzerr
Attorney
Law Offices of Raed Shalabi, Ltd.
15127 S. 73rd Avenue, Unit A1,

Orland Park, IL 60462
708.671.0800

--
Fatima Abuzerr
Attorney
Law Offices of Raed Shalabi, Ltd.
15127 S. 73rd Avenue, Unit A1,
Orland Park, IL 60462
708.671.0800

---

**Kimberly Lopez** <kslopez777@gmail.com>  Fri, Jan 12, 2024 at 3:12 PM
To: fatima abuzerr <fatimaabuzerr@gmail.com>

Okay, thank you for responding.
Kimberly Lopez, DNP, CCTP-II, ADHD-CCSP, ASDCS, PMHNP, FNP-C, FPA-APRN

https://chicagohealthonline.com/attention-disregulation/

https://lifestance.com/provider/kimberly-lopez-np/

https://www.psychologytoday.com/us/psychiatrists/kimberly-lopez-chicago-il/1006461

https://www.zocdoc.com/doctor/kimberly-lopez-pmhnp-363306

https://growtherapy.com/provider/ekj60dmplpol/kimberly-lopez

"*They tried to bury us. They didn't know we were seeds.*"
*~ Mexican Proverb*

On Fri, Jan 12, 2024 at 3:07 PM fatima abuzerr <fatimaabuzerr@gmail.com> wrote:
> No one is accusing you of lying, Ms. Lopez. If Judge Barett calls the case prior to its noticed up time that is within her discretion. Whether you were there or not the outcome would have resulted in the same order. You were granted leave to respond to our petition.
>
>> On Fri, Jan 12, 2024 at 3:05 PM Kimberly Lopez <kslopez777@gmail.com> wrote:
>> At 10:20 a I was there and was told it was continued... weird, I have my Zoom records so, not sure what's going on. Your NOTICE OF MOTION clearly states 10:30 a.
>> Kimberly Lopez, DNP, CCTP-II, ADHD-CCSP, ASDCS, PMHNP, FNP-C, FPA-APRN
>>
>> https://chicagohealthonline.com/attention-disregulation/
>>
>> https://lifestance.com/provider/kimberly-lopez-np/
>>
>> https://www.psychologytoday.com/us/psychiatrists/kimberly-lopez-chicago-il/1006461

> https://www.zocdoc.com/doctor/kimberly-lopez-pmhnp-363306
>
> https://growtherapy.com/provider/ekj60dmplpol/kimberly-lopez
>
>
> *"They tried to bury us. They didn't know we were seeds."*
> *~ Mexican Proverb*
>
>
> On Fri, Jan 12, 2024 at 2:44 PM fatima abuzerr <fatimaabuzerr@gmail.com> wrote:
>> Attorney Shalabi was also on, the judge heard the case and as the order reads she ordered that you have time to respond to the motion. Hearing is not until March.
>>
>> On Fri, Jan 12, 2024 at 2:01 PM Kimberly Lopez <kslopez777@gmail.com> wrote:
>>> How was this entered without me present? The time on the NOTICE OF MOTIONS states 10:30. I was present at 10:30 and was told it was continued.
>>> Kimberly Lopez, DNP, CCTP-II, ADHD-CCSP, ASDCS, PMHNP, FNP-C, FPA-APRN
>>>
>>> https://chicagohealthonline.com/attention-disregulation/
>>>
>>> https://lifestance.com/provider/kimberly-lopez-np/
>>>
>>> https://www.psychologytoday.com/us/psychiatrists/kimberly-lopez-chicago-il/1006461
>>>
>>> https://www.zocdoc.com/doctor/kimberly-lopez-pmhnp-363306
>>>
>>> https://growtherapy.com/provider/ekj60dmplpol/kimberly-lopez
>>>
>>>
>>> *"They tried to bury us. They didn't know we were seeds."*
>>> *~ Mexican Proverb*
>>>
>>>
>>> On Fri, Jan 12, 2024 at 1:50 PM fatima abuzerr <fatimaabuzerr@gmail.com> wrote:
>>>> Good Afternoon,
>>>>
>>>> Please see attached order.
>>>>
>>>> Thank you
>>>>
>>>> --
>>>> Fatima Abuzerr
>>>> Attorney
>>>> Law Offices of Raed Shalabi, Ltd.
>>>> 15127 S. 73rd Avenue, Unit A1,
>>>> Orland Park, IL 60462
>>>> 708.671.0800
>>>
>>>
>>> --
>>> Fatima Abuzerr
>>> Attorney

> Law Offices of Raed Shalabi, Ltd.
> 15127 S. 73rd Avenue, Unit A1,
> Orland Park, IL 60462
> 708.671.0800

--
Fatima Abuzerr
Attorney
Law Offices of Raed Shalabi, Ltd.
15127 S. 73rd Avenue, Unit A1,
Orland Park, IL 60462
708.671.0800