

CLERK'S OFFICE
APPELLATE COURT FIRST DISTRICT
STATE OF ILLINOIS
160 NORTH LASALLE STREET, RM S1400
CHICAGO, ILLINOIS 60601

December 30, 2024

Honorable Mariyana T. Spyropoulos
Richard J. Daley Center
Room 1001
Chicago, IL 60602

  RE:  NASEEM LATIF v. KIMBERLY LOPEZ
        General No.: 1-24-1069
        County: Cook County
        Trial Court No: 11D579053

Dear Honorable Spyropoulos:

Attached is the Mandate of the Appellate Court in the above entitled cause.

We are sending the attorneys of record a copy of this letter to inform them that the mandate of the Appellate Court has been filed with you.


Thomas D. Palella
Clerk of the Appellate Court

  c:     Kimberly Lopez



Kimberly Lopez <kslopez777@gmail.com>

# Appellate Court - 1st District Case No. 1-24-1069: Mandate *
3 messages

**DoNotReply-ILCourts@illinoiscourts.gov** <DoNotReply-ILCourts@illinoiscourts.gov>   Mon, Dec 30, 2024 at 12:56 PM
To: kslopez777@gmail.com

Mandate * - Mandate Issued has been filed by the Appellate Court - 1st District in 1-24-1069.

This email was sent to kslopez777@gmail.com.

 **Mandate Issued Letter - 1st.pdf**
76K

---

**Kimberly Lopez** <kslopez777@gmail.com>   Mon, Dec 30, 2024 at 2:55 PM
To: DoNotReply-ILCourts@illinoiscourts.gov

There is no attachment of the Mandate issued. Please send it to me as the attorneys on file received it according to the letter.
Thank you.


Kimberly Lopez, DNP, CCTP-II, ADHD-CCSP, ASDCS, PMHNP, FNP-C, FPA-APRN


https://chicagohealthonline.com/attention-disregulation/


https://www.psychologytoday.com/us/psychiatrists/kimberly-lopez-chicago-il/1006461

https://www.zocdoc.com/doctor/kimberly-lopez-pmhnp-363306

https://growtherapy.com/provider/ekj60dmplpol/kimberly-lopez


*"They tried to bury us. They didn't know we were seeds."*
*~ Mexican Proverb ~*

*Then said Jesus unto his disciples, if any man will come after me, let him deny himself, and take up his cross, and follow me.*
*~ Matthew 16:24*

[Quoted text hidden]

**postmaster@illinoiscourts.gov** <postmaster@illinoiscourts.gov>  Mon, Dec 30, 2024 at 2:56 PM
To: kslopez777@gmail.com

### Delivery has failed to these recipients or groups:

DoNotReply-ILCourts@illinoiscourts.gov

Your message couldn't be delivered to the recipient because you don't have permission to send to it.

Ask the recipient's email admin to add you to the accept list for the recipient.

For more information, see DSN 5.7.129 Errors in Exchange Online and Office 365.

**Diagnostic information for administrators:**

Generating server: SA0PR09MB6348.namprd09.prod.outlook.com

DoNotReply-ILCourts@illinoiscourts.gov
Remote server returned '550 5.7.129 RESOLVER.RST.RestrictedToRecipientsPermission; not authorized to send to recipient because the sender isn't on the recipient's list of senders to accept mail from'

Original message headers:

```
Received: from BL0PR0901CA0013.namprd09.prod.outlook.com
 (2603:10b6:208:1c0::23) by SA0PR09MB6348.namprd09.prod.outlook.com
 (2603:10b6:806:aa::13) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.8293.20; Mon, 30 Dec
 2024 19:56:01 +0000
Received: from BL02EPF0001B417.namprd09.prod.outlook.com
 (2603:10b6:208:1c0:cafe::b7) by BL0PR0901CA0013.outlook.office365.com
 (2603:10b6:208:1c0::23) with Microsoft SMTP Server (version=TLS1_3,
 cipher=TLS_AES_256_GCM_SHA384) id 15.20.8293.19 via Frontend Transport; Mon,
 30 Dec 2024 19:56:01 +0000
Authentication-Results: spf=pass (sender IP is 209.85.218.54)
 smtp.mailfrom=gmail.com; dkim=pass (signature was verified)
 header.d=gmail.com;dmarc=pass action=none header.from=gmail.com;
Received-SPF: Pass (protection.outlook.com: domain of gmail.com designates
 209.85.218.54 as permitted sender) receiver=protection.outlook.com;
 client-ip=209.85.218.54; helo=mail-ej1-f54.google.com; pr=C
Received: from mail-ej1-f54.google.com (209.85.218.54) by
 BL02EPF0001B417.mail.protection.outlook.com (10.167.242.197) with Microsoft
 SMTP Server (version=TLS1_3, cipher=TLS_AES_256_GCM_SHA384) id 15.20.8314.11
 via Frontend Transport; Mon, 30 Dec 2024 19:56:01 +0000
Received: by mail-ej1-f54.google.com with SMTP id a640c23a62f3a-aaeecbb7309so865576866b.0
         for <DoNotReply-ILCourts@illinoiscourts.gov>; Mon, 30 Dec 2024 11:56:01 -0800 (PST)
```

```
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=gmail.com; s=20230601; t=1735588559; x=1736193359; darn=illinoiscourts.gov;
        h=to:subject:message-id:date:from:in-reply-to:references:mime-version
         :from:to:cc:subject:date:message-id:reply-to;
        bh=u56O4LjwgLZ5G1q0HpM9C2aUDPxK8k6sI/6sMBsLtDA=;
        b=Heq91XiG3xHoNb4ONxpZY9Mh5hRQN7LS+fa/+4mFlvHr7p3EXsEpzY/68PAAarPG6w
         H93zse2rsnJWecnGtiVaEjnklWdgu4f6zE5Zg9wcs7Drl0rd8V7pviumB3P7FM1MJh/J
         4fi84D7b8tiJIQ50fPweptpD71TrpdD5W3ORJUFEbLrowmh4/QqViAz6W+r7+oFxBQKx
         lQDhGnNvSRgaE8IzFjmVT9Pk8rAeDxpwwQMIWyF6OWQSMQ+y725PRd6DsimwUUoLEclH
         lzIwwZU2DmwRAeQAm6vk2bHBXuzabc72tYPqlfA9SP/3NQORHVhkbg2KL4oEm9UL8tYO
         vjXw==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20230601; t=1735588559; x=1736193359;
        h=to:subject:message-id:date:from:in-reply-to:references:mime-version
         :x-gm-message-state:from:to:cc:subject:date:message-id:reply-to;
        bh=u56O4LjwgLZ5G1q0HpM9C2aUDPxK8k6sI/6sMBsLtDA=;
        b=qqZhYoLKY9MrKWupg+CgNaC1nUfeWeAiAVdS9fMPClU0DWlH5iFP9y/RSXwsy1wuRF
         Bg1kOwSM5MP8nWkFNOpViMJYvKGzBCOwF4e2HHd1a3j8f6bH6caCSmnWszBU9139arko
         RSVJ7cU+18RzD0hLT2MzXzsrQnV0Jla2UwoQB5bGJ5FfS1B8NpX69hhI30Sa452jB9Z9
         GgT/fnhcuImyEqsH9F8ciqSsdH5CIc1hW08Cr39UoUCMgiRKLGaUauPJd+LTcw68OJvB
         6hlURqC/01NUi6carzvYwIz0VmLoo3zUTwSKdQR2Qqmo9O1muvNaPip8ThZtrzu2i+gg
         9HJw==
X-Gm-Message-State: AOJu0YwGig1YUxcLP0ZNRC4H94fSDh93L9jV9vdcHH0pfVPxsCKsh0IW
        6L9kxLU4rKR53XlnT9M1dx8ERXSB3zgJEPuUQUIH/LUc1XAqt7HlchSTicn0tECOp89lOWSDcAZ
        8ktbk6cyLoEfN4pXx4q7GU+ezJoWvLg==
X-Gm-Gg: ASbGnct7IK1cOV2l0Xd/2dC9SFopyWFtX4d5Kh9ZDC4+Y9xkDiHXyyuChu7MkrFVdGD
        i9a+CElTI6Oygtx4u2pqZdCxyCxLoZ3GW7SzZhzLensTQPAlCaJ//MJUisGpQl0GC9uurLUqW
X-Google-Smtp-Source: AGHT+IHFITNW7YpS3NgaH9UTcRDVgaqH/pp4+10Td9pluBrvSVDYvE6UrR7UTGHnPfu
HwxtUirLtFU0PENmxVQtluWE=
X-Received: by 2002:a17:907:6e86:b0:aac:502:6d8e with SMTP id
 a640c23a62f3a-aac34451f26mr3527266366b.61.1735588559079; Mon, 30 Dec 2024
 11:55:59 -0800 (PST)
MIME-Version: 1.0
References: <1791524683.2120691.1735581402325@pcmsapp2.ilcourts.local>
In-Reply-To: <1791524683.2120691.1735581402325@pcmsapp2.ilcourts.local>
From: Kimberly Lopez <kslopez777@gmail.com>
Date: Mon, 30 Dec 2024 13:55:47 -0600
Message-ID: <CACVQuiWGa6P-2=CiOH0VSfSzsmcBrTXDdbpphPhkUYvNqi-wqg@mail.gmail.com>
Subject: Re: Appellate Court – 1st District Case No. 1-24-1069: Mandate *
To: DoNotReply-ILCourts@illinoiscourts.gov
Content-Type: multipart/alternative; boundary="0000000000008a53bf062a823341"
Return-Path: kslopez777@gmail.com
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: dc641ee4-5b5d-49a0-8ff4-7aafc6118a42:0
X-MS-PublicTrafficType: Email
X-MS-TrafficTypeDiagnostic: BL02EPF0001B417:EE_|SA0PR09MB6348:EE_
X-MS-Office365-Filtering-Correlation-Id: e7610c57-1e47-4ad1-ea3f-08dd290bfc7c
X-LD-Processed: dc641ee4-5b5d-49a0-8ff4-7aafc6118a42,ExtAddr


Final-Recipient: rfc822;DoNotReply-ILCourts@illinoiscourts.gov
Action: failed
Status: 5.7.129
Diagnostic-Code: smtp;550 5.7.129 RESOLVER.RST.RestrictedToRecipientsPermission; not authorized to send to
 recipient because the sender isn't on the recipient's list of senders to accept mail from




---------- Forwarded message ----------
From: Kimberly Lopez <kslopez777@gmail.com>
```

To: DoNotReply-ILCourts@illinoiscourts.gov
Cc:
Bcc:
Date: Mon, 30 Dec 2024 13:55:47 -0600
Subject: Re: Appellate Court - 1st District Case No. 1-24-1069: Mandate *

There is no attachment of the Mandate issued. Please send it to me as the attorneys on file received it according to the letter.
Thank you.

Kimberly Lopez, DNP, CCTP-II, ADHD-CCSP, ASDCS, PMHNP, FNP-C, FPA-APRN

https://chicagohealthonline.com/attention-disregulation/

https://www.psychologytoday.com/us/psychiatrists/kimberly-lopez-chicago-il/1006461

https://www.zocdoc.com/doctor/kimberly-lopez-pmhnp-363306

https://growtherapy.com/provider/ekj60dmplpol/kimberly-lopez

*"They tried to bury us. They didn't know we were seeds."*
*~ Mexican Proverb ~*

*Then said Jesus unto his disciples, if any man will come after me, let him deny himself, and take up his cross, and follow me.*
*~ Matthew 16:24*

On Mon, Dec 30, 2024 at 11:56 AM <DoNotReply-ILCourts@illinoiscourts.gov> wrote:

> Mandate * - Mandate Issued has been filed by the Appellate Court - 1st District in 1-24-1069.
>
> This email was sent to kslopez777@gmail.com.