**Gmail**                                    **Kimberly Lopez <kslopez777@gmail.com>**

## Order for Case Number: 2011D579053 - From Odyssey
3 messages

---

**Courtesy Orders2 (Circuit Court)** <courtesyorders2@cookcountycourt.com>          Mon, Aug 18, 2025 at 5:12 AM
To: "kslopez777@gmail.com" <kslopez777@gmail.com>

### Dear JEFFE & BERLIN.LLC.:

Attached please find a courtesy copy of the most recently entered court order for the matter referenced below.

**Case Number:** 2011D579053
**Order Date:** 08/15/2025

### Thank you
Clerk of the Circuit Court of Cook County
www.cookcountyclerkofcourt.org

*Be advised that this order of the Court has been generated and sent to you via an automated process. If you have received this court order in error and/or have received an incorrect order do not contact the law clerk assigned to the courtroom.
Please visit our website at https://cookcountyclerkofcourt.org and contact the division directly.*

---

 **DM5_2011D579053_08_15_2025_JEFFE & BERLIN.LLC._b807618d-d9d2-41ad-9a42-40544ee70153.PDF**
29K

---

**Courtesy Orders2 (Circuit Court)** <courtesyorders2@cookcountycourt.com>          Mon, Aug 18, 2025 at 5:12 AM
To: "kslopez777@gmail.com" <kslopez777@gmail.com>

### Dear JEFFE & BERLIN.LLC.:

Attached please find a courtesy copy of the most recently entered court order for the matter referenced below.

**Case Number:** 2011D579053
**Order Date:** 08/15/2025

**Thank you**
Clerk of the Circuit Court of Cook County
www.cookcountyclerkofcourt.org

*Be advised that this order of the Court has been generated and sent to you via an automated process.
If you have received this court order in error and/or have received an incorrect order do not contact the
law clerk assigned to the courtroom.
Please visit our website at https://cookcountyclerkofcourt.org and contact the division directly.*

 **DM5_2011D579053_08_15_2025_JEFFE & BERLIN.LLC._e32e6b18-5358-493b-89e7-fff4cc9b05d2.PDF**
30K

---

**Courtesy Orders2 (Circuit Court)** <courtesyorders2@cookcountycourt.com>          Mon, Aug 18, 2025 at 5:12 AM
To: "kslopez777@gmail.com" <kslopez777@gmail.com>

**Dear JEFFE & BERLIN.LLC.:**

Attached please find a courtesy copy of the most recently entered court order for the matter
referenced below.

**Case Number:** 2011D579053
**Order Date:** 08/15/2025

**Thank you**
Clerk of the Circuit Court of Cook County
www.cookcountyclerkofcourt.org

*Be advised that this order of the Court has been generated and sent to you via an automated process.
If you have received this court order in error and/or have received an incorrect order do not contact the
law clerk assigned to the courtroom.
Please visit our website at https://cookcountyclerkofcourt.org and contact the division directly.*

**DM5_2011D579053_08_15_2025_JEFFE & BERLIN.LLC._fc16d780-7489-492d-aa40-16a9e88939d4.PDF**
81K

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

| | |
|---|---|
| IN RE THE PARENTAGE OF: | ) |
| BELLA LOPEZ-ALLSOT | ) |
|     a minor child, | ) |
| | ) |
| NASEM LATIF, | ) |
| | )    Case No. 2011D579053 |
|     Petitioner, | ) |
| | ) |
|     v. | ) |
| | ) |
| KIMBERLY LOPEZ, | ) |
| | ) |
|     Respondent. | ) |

**AMENDED ORDER**

This cause coming to be heard for hearing ton Petitioner's Motion to Revise order of March 12, 2024, all parties having been given due notice, the court being fully advised in the premises and having jurisdiction over the parties and subject matter with Petitioner's counsel and Petitioner present.

**IT IS ORDERED:**

1. During the proceedings today, Petitioner's motion was heard and as a result the order of March 12, 2024 has been revised to reflect the correct spellings of all parties to be named in the birth certificate, namely, Mother: Kimberly Lopez, Father: Nasem Latif and Minor Child, Bella Lopez-Allsot to Bella Latif.

2. During the proceedings Petitioner also presented to the court that The order of August 16, 2011 did not have the corrected spellings of the parties names, therefore the court has revised the August 16, 2011, order to reflect the corrected spellings:

   a. That Nasem Latif hereby found to be the biological father of Bella Lopez-Allsot daughter of Kimberly Lopez, born on May 4, 2011.

**The Law Office of Raed Shalabi, Ltd.**
Raed Shalabi
Fatima Abuzerr
15127 S. 73rd Avenue, Unit A1
Orland Park, IL 60462
708.671.0800
raedshalabi@yahoo.com
fatimaabuzerr@gmail.com

ENTERED

AUG 1 5 2025

MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

ENTERED:

JUDGE 2283

Order                                                    (12/01/24) CCG 0002

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

SUSAN SZPYTEK

v.                                    No. 17 D5 79033

Michael ZUNIGA

### ORDER

This matter coming to be heard on the first time for the Law office of Paul A. Frigo's Petition for setting final fees and costs against his former client Michael Zuniga for $1,486.91 and Michael being Properly served and the dwelling until 10:18 and Michael not appearing

It is ordered

1) That the Law office of Paul A. Frigo Petition for setting final fees is set for hearing on Sept 19, 2025 at 9:00am. That Paul A. Frigo can appear by Zoon, that Michael needs to appear in person. If Michael does not appear the Law office of Paul A. Frigo's motion/Petition maybe granted

Attorney No.: 56858

Name: Paul A Frigo

Atty. for: Former atty of Michael Zuniga

Address: 18312 West Creek Dr Suit B

City/State/Zip: Tinley Plc IL 60477

Telephone: 708-991-7413

ENTERED:

Dated: _____, _____

Judge                           Judge's No.

AUG 1 5 2025

MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois**

☐ 4348 - Order to Change Name
☐ 4349 - Order Vital Statistics to Issue Corrected Birth Certificate          (12/01/24) CCDR 0058

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

Nasem Latif
_____
**Petitioner**
                                v.

Kimberly Lopez
_____
**Respondent**

Docket No. 2011D579053

## ORDER

**THE COURT HAVING JURISDICTION OVER THE SUBJECT MATTER AND ALL NECESSARY PARTIES, IT IS HEREBY ORDERED THAT:**

The child born on ____**5/4/2011**____ to the Petitioner/Respondent ____Kimberly Lopez____

Petitioner/Respondent ____Nasem Latif____ has been know as ____**Bella Lopez-Allsot**____

☑ The name of the child is hereby changed to ____Bella Latif____.

The Bureau of Vital Statistics is hereby directed to issue a corrected birth certificate,

☑ changing the name of the child from ____Bella Lopez-Allsot____ to ____Bella Latif____.

☑ adding the name of the Petitioner/Respondent ____Nasem Latif____.

AUG 1 5 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**ENTERED:**

Dated: _8/15_____, _25_         _____  _2283_
                                         Judge        Judge's No.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE THE PARENTAGE OF: )
BELLA LOPEZ-ALLSOT )
      a minor child, )
)
NASEM LATIF, )
)    Case No. 2011D579053
        Petitioner, )
)
     v. )
)
KIMBERLY LOPEZ, )
)
      Respondent. )

## AMENDED ORDER

This cause coming to be heard for hearing to Revise order of August 16, 2011, all parties having been given due notice, the court being fully advised in the premises and having jurisdiction over the parties and subject matter with Petitioner's counsel and Petitioner present.

**IT IS ORDERED:**
1. The order of August 16, 2011 shall be revised to state the following:
    a. That Nasem Latif hereby found to be the biological father of Bella Lopez-Allsot daughter of Kimberly Lopez, born on May 4, 2011.

**The Law Office of Raed Shalabi, Ltd.**
Raed Shalabi
Fatima Abuzerr
15127 S. 73rd Avenue, Unit A1
Orland Park, IL 60462
708.671.0800
raedshalabi@yahoo.com
fatimaabuzerr@gmail.com

ENTERED AUG 1 5 2025
MARIYANA T. SPYROPOULOS
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

ENTERED:

JUDGE 2283

FILED
8/27/2025 2:21 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2011D579053
Calendar, 85
34203693

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION**

IN RE THE PARENTAGE OF:                )          Case No. 2011D579053

                                                          )

BELLA LOPEZ-ALLSOT,                   )

                                                          )

a minor child.                                   )

**SPECIAL AND LIMITED APPEARANCE TO OBJECT TO JURISDICTION**

**AND MOTION TO VACATE VOID ORDERS (735 ILCS 5/2-301; 2-1401(f))**

## ARGUMENT

### I. Jurisdiction Terminated Under the UCCJEA

#### A. Loss of Exclusive, Continuing Jurisdiction

Under 750 ILCS 36/202(a)(2), Illinois loses exclusive continuing jurisdiction once the child and both legal parents reside elsewhere. Both Kimberly and Peter are residents of Florida, and for UCCJEA purposes, "residence" means physical presence, not domicile. *In re Marriage of Akula*, 404 Ill. App. 3d 350, 359 (2010). Because neither legal parent resides in Illinois, this Court has no continuing authority.

#### B. Unjustifiable Conduct

Under 750 ILCS 36/208(a), if jurisdiction is invoked through "unjustifiable conduct," the court must decline to exercise it. Petitioner wrongfully retained the

FILED DATE: 8/27/2025 2:21 PM   2011D579053

FILED DATE: 8/27/2025 2:21 PM   2011D579053

child in Illinois and initiated *ex parte* proceedings. Jurisdiction obtained in this manner is expressly barred.

C. Inconvenient Forum

Even if a colorable basis for jurisdiction existed, Illinois is an inconvenient forum under 750 ILCS 36/207. Relevant evidence, witnesses, and the child's legal parents are located in Florida. *In re Marriage of Horgan*, 366 Ill. App. 3d 180 (2006). Florida is the proper forum.

## II. Post-Mandate Divestiture; §2-1401 and Rule 105 Were Required

On January 13, 2025, the Illinois Appellate Court issued its mandate dismissing the related appeal for want of jurisdiction. Under Ill. Sup. Ct. R. 369(b), once the mandate issues, the circuit court regains jurisdiction only "to the extent necessary to execute the judgment of the reviewing court or to proceed in accordance with its directions." Because the appellate mandate dismissed the case, no further proceedings could be entertained absent a new action.

Relief more than 30 days after judgment must be sought by §2-1401 petition, which is treated as a new civil action requiring summons-like service under Rule 105. In re Marriage of Verdung, 126 Ill. 2d 542, 547 (1989). Neither Petitioner nor his counsel filed a §2-1401 petition, nor was Rule 105 service effected on Kimberly or Peter.

As the Illinois Supreme Court held in *People v. Lawton*, 212 Ill. 2d 285, 296 (2004), jurisdiction is lacking if statutory procedures are not followed. Orders entered

2

FILED DATE: 8/27/2025 2:21 PM    2011D579053

without proper §2-1401 initiation and Rule 105 notice are void ab initio. *People v. Salem*, 2016 IL 118693, ¶ 19.

## III. Lack of Personal Jurisdiction and Due Process

The Court never acquired personal jurisdiction over Peter John Allsot, an indispensable party, because he was never named or served in the 2011 parentage petition. Failure to join and serve an indispensable party renders the judgment void.

Even assuming jurisdiction once existed, Petitioner's 2025 filings were not served on Kimberly or Peter. Orders entered ex parte without notice violate due process. Notice must be "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950).

Proceeding to rename a child and alter a birth certificate without service or hearing violates the most basic requirements of due process. Such orders are void. *Sarkissian v. Chicago Bd. of Educ.*, 201 Ill. 2d 95, 104 (2002).

## IV. Void ab Initio Under §2-1401(f)

Under §2-1401(f), void orders may be attacked at any time, directly or collaterally. The two-year limitation, due diligence, and meritorious defense requirements do not apply. *People v. Harvey*, 196 Ill. 2d 444, 454 (2001). The Illinois Supreme Court confirmed that void judgments may be attacked "at any time, in any court, either directly or collaterally." *Sarkissian*, 201 Ill. 2d at 104.

FILED DATE: 8/27/2025 2:21 PM    2011D5790053

Courts also have an independent duty to vacate void orders sua sponte. *LVNV Funding, LLC v. Trice*, 2015 IL 116129, ¶ 38; *People ex rel. Alvarez v. $59,914 in U.S. Currency*, 2022 IL 126927, ¶¶ 29–31.

Because the August 15, 2025 orders (and all orders post-2013) were entered without jurisdiction, without notice, and contrary to statutory requirements, they are void ab initio.

## V. Procedural Defects

Independent of jurisdiction, the August 15, 2025 orders are defective on their face. Supreme Court Rule 131(d) requires that if a signature is illegible, the name of the person signing must be legibly printed or stamped beneath it. These orders contain only an illegible scribble with no printed name, making the judicial officer's identity uncertain.

Further, the orders purport to change the child's name without a verified petition, publication, or statutory prerequisites under the Name Change Act (735 ILCS 5/21-101 et seq.). Orders entered contrary to statute are void. *Armstrong v. Obucino*, 300 Ill. 140, 143 (1921).

## VI. Rule 137(a) Certification Breaches and Sanctions

Under Supreme Court Rule 137(a), every paper filed must be well-grounded in fact and law and not interposed for improper purpose. By filing post-mandate motions, miscaptioning parties, and obtaining ex parte orders without notice, Petitioner and counsel violated Rule 137(a).

FILED DATE: 8/27/2025 2:21 PM    2011D579053

Sanctions are warranted. *Mentzer v. Dudley*, 236 Ill. App. 3d 726 (4th Dist. 1992) (sanctions apply even in small claims and against pro se parties); *Settlement Funding, LLC v. Brenston*, 2013 IL App (4th) 120869 (sanctions for filings in a void proceeding).

The Court must strike improper filings, vacate void orders, and impose appropriate sanctions, including expenses and non-monetary remedies.

PRAYER FOR RELIEF

WHEREFORE, Kimberly Sue Lopez and Peter John Allsot, appearing specially and for the limited purpose of objecting to jurisdiction pursuant to 735 ILCS 5/2-301 and 2-1401(f), respectfully request that this Court enter an order:

A. Granting their special and limited appearance, and confirming that they have not submitted to the Court's jurisdiction;

B. Finding that Illinois has lost exclusive, continuing jurisdiction under 750 ILCS 36/202, and that jurisdiction must also be declined under 750 ILCS 36/208 due to Petitioner's unjustifiable conduct, or in the alternative under 750 ILCS 36/207 as an inconvenient forum;

C. Finding that the Court was divested of authority by the Appellate Court's mandate of January 13, 2025, and that no proper §2-1401 petition with Rule 105 service has ever been filed;

5

D. Declaring void ab initio and vacating all orders entered after June 13, 2013, including but not limited to the August 15, 2025 "Order to Change Name" and "Order Vital Statistic To Issue Corrected Birth Certificate";

E. Striking any filings that were unsigned, improperly signed, or submitted in violation of Supreme Court Rules 105, 131(d), and 137(a);

F. Imposing sanctions under Supreme Court Rule 137(a) against Petitioner and his counsel for filing improper and baseless post-judgment papers, including an award of reasonable expenses incurred by Kimberly and Peter, and any non-monetary sanctions this Court deems appropriate (e.g., striking authorities);

G. Ordering the Clerk of Court to (i) correct the docket to remove any attorneys falsely listed as representing Kimberly, including Jeffe & Berlin, LLC, who never filed a proper appearance under Supreme Court Rule 13(c), and (ii) ensure that all future orders, notices, and docket entries in this matter are served directly on Kimberly Sue Lopez and Peter John Allsot at their addresses of record, so they may preserve their jurisdictional objections without waiving them; and

H. Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,



6

FILED DATE: 8/27/2025 2:21 PM    2011D579053

FILED DATE: 8/27/2025 2:21 PM   2011D579053

KIMBERLY SUE LOPEZ, *pro se*

1695 Campos Dr.,

The Villages, Florida, 32162

(708) 983-3934

kslopez777@gmail.com


PETER JOHN ALLSOT, *pro se*

1695 Campos Dr.,

The Villages, Florida, 32162

(708) 336-9662

pererallsot52@gmail.com

## CERTIFICATE OF SERVICE

We certify that on August 27, 2025, we caused a true and correct copy of the foregoing Notice of Motion and the attached of "Special And Limited Appearance To Object To Jurisdiction And Motion To Vacate Void Orders (735 ILCS 5/2-301; 2-1401(f))" to be served upon the above-named counsel of record via Odyssey eFileIL and/or to the address listed above, in accordance with the Illinois Supreme Court Rules.

7

All Domestic Relations cases will be heard by phone or video.
Go to http://www.cookcountycourt.org/LinkClick.aspx?fileticket=G7A8KAcSi8E%3d&portalid=0
 to get more information and Zoom Meeting IDs.
Remote Court Date: 9/19/2025 10:00 AM - 10:05 AM

FILED
8/27/2025 2:21 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2011D579053
Calendar, 85
34203693

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION**

| | | |
|---|---|---|
| IN RE THE PARENTAGE OF: | ) | Case No. 2011D579053 |
| | ) | |
| BELLA LOPEZ-ALLSOT, | ) | court date: 09/19/2025 at 10:00 AM |
| | ) | |
| a minor child. | ) | |

## NOTICE OF MOTION FOR SPECIAL AND LIMITED APPEARANCE TO OBJECT TO JURISDICTION AND MOTION TO VACATE VOID ORDERS

### (735 ILCS 5/2-301; 2-1401(f))

To: Raed Shalabi, Fatima Abuzerr

15127 73rd Ave STE A1, Orland Park, IL 60462

PLEASE TAKE NOTICE that on September 19, 2025 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge Regina A. Mescall in Courtroom 201 of the Bridgeview Courthouse (10220 S. 76th Avenue, Bridgeview, Illinois 60455), or as otherwise directed by the Court, Kimberly S. Lopez and Peter J. Allsot, *pro se*, will appear specially and present their Special and Limited Appearance to Object to Jurisdiction and Motion to Vacate Void Orders (735 ILCS 5/2-301; 2-1401(f)).

FILED DATE: 8/27/2025 2:21 PM   2011D579053

This appearance and the presentation of this motion are made for the sole and limited purpose of contesting this Court's personal and subject-matter jurisdiction.

Respectfully submitted,

KIMBERLY SUE LOPEZ, *pro se*

1695 Campos Dr.,

The Villages, Florida, 32162

(708) 983-3934

kslopez777@gmail.com


Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certify that the statements set forth in this Motion are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certify that they verily believe the same to be true.

Dated: August 27, 2025

PETER JOHN ALLSOT, *pro se*

1695 Campos Dr.,

The Villages, Florida, 32162

(708) 336-9662

pererallsot52@gmail.com

FILED DATE: 8/27/2025 2:21 PM    2011D579053

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certify that the statements set forth in this Motion are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certify that they verily believe the same to be true.

Dated: August 27, 2025

## CERTIFICATE OF SERVICE

We certify that on August 27, 2025, we caused a true and correct copy of the foregoing Notice of Motion and the attached of "Special And Limited Appearance To Object To Jurisdiction And Motion To Vacate Void Orders (735 ILCS 5/2-301; 2-1401(f))" to be served upon the above-named counsel of record via Odyssey eFileIL and/or to the address listed above, in accordance with the Illinois Supreme Court Rules.

All Domestic Relations cases will be heard by phone or video.
Go to http://www.cookcountycourt.org/LinkClick.aspx?fileticket=G7A8KAcSi8E%3d&portalid=0
    to get more information and Zoom Meeting IDs.
Remote Court Date: No hearing scheduled

FILED
8/28/2025 12:47 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2011D579053
Calendar, 85
34220360

FILED DATE: 8/28/2025 12:47 PM   2011D579053

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE THE PARENTAGE OF: )  No. 2011D579053

)

BELLA LOPEZ-ALLSOT, )

)

a minor child. )

## NOTICE OF OBJECTION TO IMPROPER HEARING TIME AND JUDICIAL

## ASSIGNMENT BY SPECIAL AND LIMITED APPEARANCE

NOW COME Kimberly Sue Lopez and Peter John Allsot ("Movants"),

appearing specially and for the sole and limited purpose of objecting to jurisdiction

pursuant to 735 ILCS 5/2-301, and for their objection state as follows:

1.  This Notice is filed under a special and limited appearance. By filing this Notice,

Movants do not waive any objections to this Court's subject-matter or personal

jurisdiction, insufficiency of process, or insufficiency of service of process.

2.  On August 28, 2025, Movants properly filed and served their "Notice of Motion

for Special and Limited Appearance to Object to Jurisdiction and Motion to Vacate

Void Orders," noticing the motion for presentment at the Court's regularly

scheduled motion call on September 19, 2025, at 9:00 a.m. before the Honorable

Judge Regina A. Mescall, the judge who signed the orders at issue.

3.  After filing, the electronic docket and a clerk's stamp on the filed Notice of

Motion were unilaterally altered to indicate a "Remote Court Date" for September

1

FILED DATE: 8/28/2025 12:47 PM    2011D579053

19, 2025, at 10:00 a.m. Furthermore, Movants are informed that this matter has been improperly reassigned to the Judge Barrett See *Exhibit* 1.

4.  Movants have never been served with a court order, a new notice of motion, or any other form of legally sufficient notice advising them of a change in the hearing time or a change in the assigned judge. A clerk's notation on a filed document is not a substitute for proper service and notice. This unilateral, extrajudicial change violates Movants' fundamental right to due process under the Illinois and United States Constitutions.

5.  Movants hereby formally object to the assignment of this matter to Judge Barrett and assert that she is disqualified from presiding. Judge Barrett is a named defendant in a pending federal lawsuit filed by the Movants. Her participation in this matter is therefore a direct violation of Illinois Supreme Court Rule 63(C)(1)(e), which mandates disqualification when a judge is a party to the proceeding. This creates an undeniable conflict of interest and the appearance of impropriety, requiring her recusal.

6.  Because the 9:00 a.m. hearing before Judge Mescall is the only hearing time that was properly noticed upon all parties, Movants will appear for that hearing as originally scheduled. Movants will NOT appear for the improperly noticed 10:00 a.m. hearing, nor will they appear before Judge Barrett, a disqualified judicial officer.

FILED DATE: 8/28/2025 12:47 PM 2011D579053

WHEREFORE, Kimberly Sue Lopez and Peter John Allsot, appearing specially and limitedly, respectfully request that this Court enter an order:

A. Striking the improperly noticed 10:00 a.m. hearing from the Court call;

B. Confirming that the only properly noticed hearing is on September 19, 2025, at 9:00 a.m. before a qualified, non-conflicted judge;

C. Reassigning this matter from Judge Barrett to a judge with no conflict of interest; and

D. Granting such other relief as is just and proper, consistent with Movants' special and limited appearance.

Respectfully submitted,

KIMBERLY SUE LOPEZ, *Pro Se*

1695 Campos Dr.

The Villages, Florida, 32162

(708) 983-3934

kslopez777@gmail.com

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to

FILED DATE: 8/28/2025 12:47 PM   2011D579053

such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

Dated: August 28, 2025

*[signature]*

PETER JOHN ALLSOT, *Pro Se*

1695 Campos Dr.

The Villages, Florida, 32162

(708) 336-9662

pererallsot52@gmail.com

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated: August 28, 2025

## CERTIFICATE OF SERVICE

The undersigned, a pro se litigants, certifies under penalties as provided by law pursuant to 735 ILCS 5/1-109 that on August 28, 2025, they caused a true and correct copy of the foregoing "Notice Of Objection To Improper Hearing Time And

4

Judicial Assignment By Special And Limited Appearance" to be served upon the counsel of record listed below via the court's electronic filing manager (Odyssey eFileIL) and/or by U.S. Mail, postage prepaid.

To:

Raed Shalabi, Fatima Abuzerr

15127 73rd Ave STE A1

Orland Park, IL 60462

Respectfully submitted,

Kimberly Sue Lopez

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certify that the statements set forth in this Notice are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certify that they verily believe the same to be true.

Dated: August 28, 2025

Peter John Allsot

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certify that the statements set forth in this Notice are true and correct,

FILED DATE: 8/28/2025 12:47 PM    2011D5790053

FILED DATE: 8/28/2025 12:47 PM   2011D579053

except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certify that they verily believe the same to be true.

Dated: August 28, 2025

## CERTIFICATE OF SERVICE

Under 735 ILCS 5/1-109, the undersigned certify that on August 28, 2025, the foregoing Notice Regarding Hearing Time and Limited Appearance (Special and Limited Appearance) was served upon Petitioner's counsel Raed Shalabi and Fatima Abuzerr by electronic service through Odyssey eFileIL to their registered service contacts pursuant to Supreme Court Rule 11(b)(6) and by depositing a copy in the U.S. Mail, first-class postage prepaid, to 15127 73rd Ave., Ste. A1, Orland Park, IL 60462.

Kimberly Sue Lopez
1695 Campos Dr.
The Villages, Florida, 32162
(708) 983-3934
kslopez777@gmail.com

6

FILED DATE: 8/28/2025 12:47 PM   2011D579053

Peter John Allsot

1695 Campos Dr.

The Villages, Florida, 32162

(708) 336-9662

pererallsot52@gmail.com

All Domestic Relations cases will be heard by phone or video.
Go to http://www.cookcountycourt.org/LinkClick.aspx?fileticket=G7A8KAcSi8E%3d&portalid=0
to get more information and Zoom Meeting IDs.
Remote Court Date: No hearing scheduled

FILED
8/28/2025 12:47 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2011D579053
Calendar, 85
34220360

FILED DATE: 8/28/2025 12:47 PM   2011D579053

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION**

IN RE THE PARENTAGE OF:      )      No. 2011D579053

                                    )

BELLA LOPEZ-ALLSOT,         )

                                      )

a minor child.                     )

**EXHIBIT LIST**

Exhibit 1 - Improperly Reassigned To The Judge Barrett.

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION**

FILED DATE: 8/28/2025 12:47 PM   2011D579053

| | | |
|---|---|---|
| IN RE THE PARENTAGE OF: | ) | Case No. 2011D579053 |
| | ) | |
| BELLA LOPEZ-ALLSOT, | ) | |
| | ) | |
| a minor child. | ) | |

**NOTICE OF MOTION FOR SPECIAL AND LIMITED APPEARANCE TO OBJECT TO JURISDICTION AND MOTION TO VACATE VOID ORDERS (735 ILCS 5/2-301; 2-1401(f))**

To: Raed Shalabi, Fatima Abuzerr

15127 73rd Ave STE A1, Orland Park, IL 60462

PLEASE TAKE NOTICE that on September 19, 2025 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Judge Regina A. Mescall in Courtroom 201 of the Bridgeview Courthouse (10220 S. 76th Avenue, Bridgeview, Illinois 60455), or as otherwise directed by the Court, Kimberly S. Lopez and Peter J. Allsot, *pro se*, will appear specially and present their Special and Limited Appearance to Object to Jurisdiction and Motion to Vacate Void Orders (735 ILCS 5/2-301; 2-1401(f)).

FILED DATE: 8/28/2025 12:47 PM   2011D579053

This appearance and the presentation of this motion are made for the sole and limited purpose of contesting this Court's personal and subject-matter jurisdiction.

Respectfully submitted,

*[signature]*

KIMBERLY SUE LOPEZ, *pro se*

1695 Campos Dr.,

The Villages, Florida, 32162

(708) 983-3934

kslopez777@gmail.com


Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certify that the statements set forth in this Motion are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certify that they verily believe the same to be true.

*[signature]*

Dated: August 27, 2025

PETER JOHN ALLSOT, *pro se*

1695 Campos Dr.,

The Villages, Florida, 32162

(708) 336-9662

pererallsot52@gmail.com

FILED DATE: 8/28/2025 12:47 PM   2011D579053

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certify that the statements set forth in this Motion are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certify that they verily believe the same to be true.

Dated: August 27, 2025

## CERTIFICATE OF SERVICE

We certify that on August 27, 2025, we caused a true and correct copy of the foregoing Notice of Motion and the attached of "Special And Limited Appearance To Object To Jurisdiction And Motion To Vacate Void Orders (735 ILCS 5/2-301; 2-1401(f))" to be served upon the above-named counsel of record via Odyssey eFileIL and/or to the address listed above, in accordance with the Illinois Supreme Court Rules.

All Domestic Relations cases will be heard by phone or video.
Go to http://www.cookcountycourt.org/LinkClick.aspx?fileticket=G7A8KAcSi8E%3d&portalid=0
  to get more information and Zoom Meeting IDs.
Remote Court Date: 9/19/2025 10:00 AM - 10:05 AM

FILED
8/27/2025 2:21 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2011D579053
Calendar, 85
34203693

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE THE PARENTAGE OF:              )         Case No. 2011D579053

                                     )

BELLA LOPEZ-ALLSOT,                  )         court date:  09/19/2025 at 10:00 AM

                                     )

a minor child.                       )

## NOTICE OF MOTION FOR SPECIAL AND LIMITED APPEARANCE TO

## OBJECT TO JURISDICTION AND MOTION TO VACATE VOID ORDERS

### (735 ILCS 5/2-301; 2-1401(f))

To: Raed Shalabi, Fatima Abuzerr

15127 73rd Ave STE A1, Orland Park, IL 60462

        PLEASE TAKE NOTICE that on September 19, 2025 at 9:00 a.m., or as soon

thereafter as the matter may be heard, before the Honorable Judge Regina A.

Mescall in Courtroom 201 of the Bridgeview Courthouse (10220 S. 76th Avenue,

Bridgeview, Illinois 60455), or as otherwise directed by the Court, Kimberly S.

Lopez and Peter J. Allsot, *pro se*, will appear specially and present their Special and

Limited Appearance to Object to Jurisdiction and Motion to Vacate Void Orders

(735 ILCS 5/2-301; 2-1401(f)).

This appearance and the presentation of this motion are made for the sole and limited purpose of contesting this Court's personal and subject-matter jurisdiction.

Respectfully submitted,

KIMBERLY SUE LOPEZ, *pro se*

1695 Campos Dr.,

The Villages, Florida, 32162

(708) 983-3934

kslopez777@gmail.com

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certify that the statements set forth in this Motion are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certify that they verily believe the same to be true.

Dated: August 27, 2025

PETER JOHN ALLSOT, *pro se*

1695 Campos Dr.,

The Villages, Florida, 32162

(708) 336-9662

pererallsot52@gmail.com

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certify that the statements set forth in this Motion are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certify that they verily believe the same to be true.

Dated: August 27, 2025

## CERTIFICATE OF SERVICE

We certify that on August 27, 2025, we caused a true and correct copy of the foregoing Notice of Motion and the attached of "Special And Limited Appearance To Object To Jurisdiction And Motion To Vacate Void Orders (735 ILCS 5/2-301; 2-1401(f))" to be served upon the above-named counsel of record via Odyssey eFileIL and/or to the address listed above, in accordance with the Illinois Supreme Court Rules.