UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY LOPEZ,<br>*Plaintiff(s),*<br>v.<br>IDFPR, et al.,<br>*Defendant(s).* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-cv-457<br>Hon. Tharp, Jr. |

**TABLE OF EXHIBITS**

1. **Exhibit 1** - Official Cook County Circuit Court Docket (Case No. 2011D579053)

2. **Exhibit 2** - December 28, 2023 "Uniform Order for Support" (HFS's Exhibit B, Dkt. 78-2)

3. **Exhibit 3** - Email communications with Petitioner's counsel confirming entry of ex parte orders on January12, 2024 and orders entered without Parties' Signature(s) on orders.

4. **Exhibit 4** - Orders to change B.P.L.A.'s name without Parties' Signature(s) on orders.

5. signature's or notice to them; also, inaccurate information about the minor child.

6. **Exhibit 5** - Appellate Mandate dated January 13, 2025

7. **Exhibit 6** - Your Motion to Vacate / Special & Limited Appearance (2025) with "COOK COUNTY COURTESY COPIES" without Parties' Signature(s) on orders.